# United States Bankruptcy Court
## District of Wyoming

In re   **Mode Eleven Bancorp**                                    Case No.   _____

                                  Debtor(s)                        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, John Miller, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   6/9/2025                          /s/ John Miller
                                          /Chief Executive Officer, Mode Eleven Bancorp
                                          Signer/Title

Aaron Hower
15423 Sunset Lane
Mt. Vernon, WA 98223


Aerarium Ltd
EVI Building, 1st Floor, Flat 104
Kypranoros 13, 1061 Nocosia Cyprus


Albert Forkner
486 E Pearl Avenue, PO Box 7271
Jackson, WY 83001


Amy Collins
ATTN: Meri Hackett
46 New Haven Road
Hulett, WY 82720


Angela Angelovska-Wilson
4913 43rd Street NW
Washington, DC 20016


Anita McCormick
PO Box 17
Douglas, WY 82633-0017


Anita McCormick
12182 E 36th Place
Yuma AZ, 85367


Anthony Ramirez
5143 Amherst Drive
Billings, MT 59106


Baker Donelson
100 Light Street
Baltimore MD 21202

Ballard Spahr LLP  
PO Box 825470  
Philadelphia PA 19182-5470

Beverly Elkin  
5221 Amherst Drive  
Billings, MT 59106

Billie Garner  
240 110th Ave NW  
Bismarck, ND 58503

Blaise C Quade  
4008 Plum Creek Pl  
Rapid City, SD 57703

Brian J Quade  
3229 Stone Valley Rd  
Alamo, CA 94507

Casey Newlin  
PO Box 81  
Newcastle, WY 82701

Charles B. Carruthers  
PO Box 8682  
Tucson, AZ 85738-0682

Charles B. Carruthers  
PO Box 2999  
Cheyenne, WY 82003-2999

Cheryl Castleberry  
240 110th Ave NW  
Bismarck, ND 58503

Christy Neiman
PO Box 102
Hulett, WY 82720-0102


Clifton E Nuckolls
196 Bozeman
Buffalo, WY 82834


Cold Smoke Investment
5841 Autumnwood Road
Billings, MT 59106


Connie Lindmier
PO Box 129
Hulett, WY 82720


Craig Neiman
4800 Westlake PKWY
Unit 905
Sacramento, CA 95835


Curtis M. Conner
12352 238th Avenue
Isabel, SD 57633


Dan Zimmerschied
215 Cabin Creek Road
Carlile, WY 82721


David Johnson
PO Box 187
Spicer, MN 56288-0187


Deanna J Weyer
377 Rimrock Dr
Thermopolis, WY 82443

Desiree Elkin
5841 Autumnwood Road
Billings, MT 59106


Dmitry Kochnev
3 Sanforinis
Geri, Nicosia 2200
CYPRUS


Donna McDaniel
PO Box 53
Hulett, WY 82720


Dustin Carruthers Kniseley
1417 East 20th Street
Cheyenne, WY 82001


Edward Cataldo
64 Woods Court
Dunstable, MA 01827


Eide Bailly
PO Box 88678
Milwaukee WI 53288-8678


Employment Development Dept. of CA
PO Box 826880, 94280
Sacramento, CA  94280-0001


Federal Deposit Insurance Corporation
San Francisco Regional Office
25 Jessie Street at Ecker Square
Suite 2300
San Francisco, CA 94105-2780


Federal Reserve Bank of Kansas City
1 Memorial Drive
Kansas City, Missouri 64198

Forrest Gilman
77 South Birch Rd.
Apt 15D
Fort Lauderdale, FL 33316

Garth W Quade
2144 Skokie Pl
Billings, MT 59105

Gary Bonneau
1917 Bashley Road
Monument, CO 80132

GSM Marketing LLC
4600 Touchton Rd #1150
Jacksonville, FL 32246

Holly Alastra
1984 Harvest Loop
East Helena, MT 59635

Idaho State Tax Commission
11321 W. Chinden Blvd.
Boise, ID  83714-1021

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James S. Neiman
PO Box 218
Hulett, WY 82720-0218

Jana Fix
PO Box 97
Ekalaka, MT 59324

Jim D. Neiman
PO Box 102
Hulett, WY 82720-0102

Jim D. Roberts
PO Box 4
Hulett, WY 82720-0004

John Miller
2361 Villandry Ct
Henderson, NV 89074

John Alastra
1984 Harvest Loop
East Helana, MT 59635

John Beccia
11 Temple Road
Lynnfield, MA 01940

John Briner
PO Box 3182
Big Bear Lake, CA 92315

John Regan
2602 Kipling Avenue
Wall, NJ 07762

Kade D. Conner
12352 238th Avenue
Isabel, SD 57633

Katelyn Newlin-Bischoff
PO Box 1153
Sundance, WY 82729

Kathleen E. Marinangel
2911 Sterling Drive
McHenry, IL 60050


Kaye Nelson
PO Box 442
Hulett, WY 82720-0442


Kellie Neal
239 Evening Star Lane
Bozeman, MT 59715


Kelly Elkin
2569 Prairie Oak Drive
Dickinson, ND 58601


Krista Ramirez
5143 Amherst Drive
Billings, MT 59106


Ledge Holdings, LLC
137 Rowayton Avenue
STE 400
Norwalk, CT 06853


Leland Stinson
PO Box 23
Hulett, WY 82720-0023


Lisa Bonneau
PO Box 83
416 E Broadway Ave
Bridger, MT 59014


Lucille Baxter
26503 E 147th Street
Blythedale, MO 64426

Marshall Dennehey
2000 Market St.
Ste 2300
Philadelphia PA 19103

Mary Janell Garner-Kinzler
410 Texas Street
Rapid City, SD 57701

Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P. O. Box 7090
Boston, MA  02204-7090

Maxim Nazarov
842 California Avenue
Venice, CA 90291

Maxim Nazarov
FSY Investment Management LLC
842 California Avenue
Venice, CA 90291

Michael Buban
Stare Grunty 332
Bratislava, Slovakia
841 04
SLOVAKIA

Michael J Quade
428 Tamarisk Drive
Billings, MT 59105

Michael Lininger
26622 S New Town Dr
Sun Lakes, AZ 85248

Michael Sand
P.O. Box 55
501 Laurel Drive
Francis Creek, WI 54214


Michelle Lindmier-Cloninger
412 Mineral Avenue
Bozeman, MT 59715


Miller Family Trust utd 11/23/2010
2361 Villandry Ct
Henderson, NV 89074


Montana Department of Revenue
ATTN Bankruptcy
PO Box 7701
Helena, MT 59604-7701


Myles Stafford
5655 Niagara Drive
Bismarck, ND 58503


Nevada Department of Taxation
3850 Arrowhead Dr.
Carson City, NV 89706


Nexo, Inc.
89 Nexus Way
Camana Bay, Grand Cayman
KY1 9009
Cayman Islands


Nison Aronov
300 Wembley Circle
Atlanta, GA 30328

NJ Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245


NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300


Office of the Comptroller of the Currency
Special Supervision Division
400 7th Street, S.W.
Washington, D.C. 20219


Pamela Burman
PO Box 442
Fairview, MT 59221


Paychex
970 Lake Carillon Drive
Ste: 400 & 500
St. Petersburg FL 33716


Reda Bedjaoui
P3 Ventures LTD
6 Princes Street
London, United Kingdom W1B 2LG
UNITED KINGDOM


Richard Widmann
3708 Greystone Drive
Austin, TX 78731


Rick Neiman
PO Box 477
Belle Fourche, SD 57717

Rick Woodbury
25137 Granite Heights Drive
Custer, SD 57730


Ronald Roberts
PO Box 186
Hulett, WY 82720-0186


Ronda J Miller
8151 Ramshorn
Gillette, WY 82718


Russell Stidolph
Holster Privatstiftung
AM Modenapark 13/9
1030 Vienna
AUSTRIA


Russell Stidolph
137 Rowayton Avenue
STE 400
Norwalk, CT 06853


Sally Ann Neiman
PO Box 218
Hulett, WY 82720-0218


Samantha Ramirez
5143 Amherst Drive
Billings, MT 59106


Sheri Stinson
PO Box 23
Hulett, WY 82720-0023


Stacey Bush
PO Box 644
Dallesport, WA 98617

Stephanie Wallendorff
13 Wild Horse Rd
Rock Springs, WY 82901


Stored Value
Governors Square, 2nd Floor
23 Lime Tree Bay Avenue
Grand Cayman, Cayman Islands KY1-1110
CAYMAN ISLANDS


Summit National Bank
PO Box 98
Hulett, WY 82720


Ted L Quade
PO Box 599
Broadus, MT 59317


Timothy Hower
1015 N 23rd Street
Boise, ID 82703


Tommie Carruthers Kniseley
1417 East 20th Street
Cheyenne, WY 82001


Ulter Capital Management LLC
16192 Coastal Highway
Lewes, DE 19958


Wade Stebbins
16435 Spring Valley Rd
Piedmont, SD 57769


Washington State Dept of Labor and Industries
7273 Linderson Way SW
Tumwater, WA 98501

Wyoming Department of Revenue
122 W 25th St
Cheyenne, WY 82002