Abigail V. O'Brient (*pro hac vice pending*)
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4826
aobrient@cov.com

Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307) 778-8178
Facsimile: (307) 638-1975
bhunsicker@MarkusWilliams.com

PROPOSED COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| MODE ELEVEN BANCORP, | ) Chapter 11 |
| | ) |
| | ) |
| | ) Case No. 25-[…] |
| Debtor in Possession. | ) |

## LOCAL RULE 1002-1(A) LIST OF ASSETS

| ITEM | LOCATION |
|---|---|
| Deposit Account (ending 1011) | Summit National Bank |
| Deposit Account (ending 6120) | Summit National Bank |
| Deposit Account (ending 6562) | Summit National Bank |
| Investments – Shares in Summit National Bank (100% Ownership) | N/A |
| Office Furniture | 133 Main Street, Hulett, WY 82720 |

| General Intangibles and Goodwill | N/A |
| --- | --- |
| Deferred Tax Asset | N/A |

**DATED** this June 9, 2025.

                                                COVINGTON & BURLING LLP

By: /s/ *Abigail V. O'Brient*
Abigail V. O'Brient
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4826
Email: aobrient@cov.com

MARKUS WILLIAMS YOUNG & HUNSICKER LLC

By: */s/Bradley T. Hunsicker*
Bradley T. Hunsicker
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: (307)-778-8178
Facsimile: (307) 638-1975

*Proposed Counsel for Debtor and Debtor in Possession*