# Statement of Cash Flows

## Mode Eleven Bancorp

January 1-May 31, 2025

| FULL NAME | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -3,713,310.61 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| 1410 - Software Development | -0.16 |
| 1500 - Other Current Assets:1505 - Income Tax Receivable | 0.30 |
| 1800 - Deferred Tax Asset:1801 - DTA Valuation Allowance | 589,245.00 |
| 1840 - Intangible Assets | 5,392.00 |
| 2100 - Accounts Payable | 86,941.93 |
| 2500 - Accrued Expense | -411,821.17 |
| 2510 - Benefit Payable | 14,126.00 |
| 2530 - Payroll Payable | -134,088.83 |
| **Total for Adjustments to reconcile Net Income to Net Cash provided by operations:** | **$149,795.07** |
| **Net cash provided by operating activities** | **-$3,563,515.54** |
| **INVESTING ACTIVITIES** | |
| 1800 - Deferred Tax Asset | -443,229.00 |
| 1810 - Other Receivable | -351,945.97 |
| 1820 - Investment in Summit National Bank | 2,401,358.13 |
| **Net cash provided by investing activities** | **$1,606,183.16** |
| **FINANCING ACTIVITIES** | |
| 3130 - Retained Earnings | 630,987.46 |
| 3135 - Unrealized Gain/Loss on Securities | 198,534.15 |
| **Net cash provided by financing activities** | **$829,521.61** |
| **NET CASH INCREASE FOR PERIOD** | **-$1,127,810.77** |
| **Cash at beginning of period** | **$1,160,786.41** |
| **CASH AT END OF PERIOD** | **$32,975.64** |