# Balance Sheet

## Mode Eleven Bancorp

As of May 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Assets** | |
|   Current Assets | |
|     Bank Accounts | |
|       1011 - Checking | 7,573.46 |
|       6120 - Checking | 4,304.00 |
|       6562 - Checking | 21,098.18 |
|       Cash at IntraFi | |
|       Intercopaid | |
|     **Total for Bank Accounts** | **$32,975.64** |
|     Accounts Receivable | |
|     Other Current Assets | |
|       1400 - Prepaid Expenses | |
|       1405 - Prepaid Expense-Other | |
|       1410 - Software Development | 1,157,372.00 |
|       1500 - Other Current Assets | 0 |
|         1505 - Income Tax Receivable | |
|       **Total for 1500 - Other Current Assets** | **0** |
|       1515 - Undeposited Funds | |
|     **Total for Other Current Assets** | **$1,157,372.00** |
|   **Total for Current Assets** | **$1,190,347.64** |
|   Fixed Assets | |
|     1702 - Furniture, Fixtures & Equipment | 78,534.97 |
|     1705 - Accumulated Depreciation | -33,142.04 |
|   **Total for Fixed Assets** | **$45,392.93** |
|   Other Assets | |
|     1800 - Deferred Tax Asset | $6,217,127.27 |
|       1801 - DTA Valuation Allowance | -6,217,127.27 |
|     **Total for 1800 - Deferred Tax Asset** | **0** |
|     1810 - Other Receivable | -$821,123.92 |
|       1811 - Sub AR | |
|     **Total for 1810 - Other Receivable** | **-$821,123.92** |
|     1820 - Investment in Summit National Bank | 3,519,011.96 |
|     1830 - Prepaid Equity Raise | |
|     1840 - Intangible Assets | 26,481.60 |
|     Suspense | |
|   **Total for Other Assets** | **$2,724,369.64** |
| **Total for Assets** | **$3,960,110.21** |

# Balance Sheet

### Mode Eleven Bancorp
As of May 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Liabilities and Equity | |
|   Liabilities | |
|   Current Liabilities | |
|     Accounts Payable | |
|       2100 - Accounts Payable | 158,063.46 |
|     **Total for Accounts Payable** | **$158,063.46** |
|     Credit Cards | |
|     Other Current Liabilities | |
|       2500 - Accrued Expense | |
|       2510 - Benefit Payable | 32,453.40 |
|       2520 - Bonus Payable | |
|       2530 - Payroll Payable | |
|     **Total for Other Current Liabilities** | **$32,453.40** |
|   **Total for Current Liabilities** | **$190,516.86** |
|     Long-term Liabilities | |
| **Total for Liabilities** | **$190,516.86** |
|   Equity | |
|     3130 - Retained Earnings | -18,129,148.99 |
|     Net Income | -3,663,758.65 |
|     3100 - Common Stock | 2,008,950.00 |
|     3105 - Opening Balance Equity | |
|     3120 - Paid-In Capital or Surplus | 23,921,342.31 |
|     3125 - Preferred Stock | 143,175.00 |
|     3127 - Preferred Dividend Paid | -11,613.09 |
|     3135 - Unrealized Gain/Loss on Securities | -499,353.23 |
| **Total for Equity** | **$3,769,593.35** |
| **Total for Liabilities and Equity** | **$3,960,110.21** |