# Profit and Loss

## Mode Eleven Bancorp

January 1-May 31, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Income** | |
| 4900 - Other Income | 7,242.00 |
| **Total for Income** | **$7,242.00** |
| **Cost of Goods Sold** | |
| **Gross Profit** | **$7,242.00** |
| **Expenses** | |
| 7090 - Legal Fees | 363,475.10 |
| 7091 - Accounting Fees | 23,835.00 |
| 7096 - Misc Expense | 41,514.40 |
| 7097 - Annual Report & License Fees | 4,731.87 |
| 7112 - Payroll fees | |
| 7901 - S&B Expense | 14,126.00 |
| Payroll Taxes | |
| **Total for Expenses** | **$447,682.37** |
| **Net Operating Income** | **-$440,440.37** |
| **Other Income** | |
| 7800 - Earnings of Subsidiary Bank | -3,099,892.28 |
| 7900 - Income Tax Benefit | -123,426.00 |
| **Total for Other Income** | **-$3,223,318.28** |
| **Other Expenses** | |
| **Net Other Income** | **-$3,223,318.28** |
| **Net Income** | **-$3,663,758.65** |