# United States Bankruptcy Court
## District of Wyoming

In re **Mode Eleven Bancorp**                                    Case No. **25-20240**
                         Debtor(s)                                Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mode Eleven Bancorp** in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

Aerarium Ltd.
EVI Building, 1st Floor, Flat 104
Kypranoros 13, 1061
Nocosia
CYPRUS

Common Voting: 2375 (13%)
Common Non-Voting: 3875 (18%)

Holster Privatstiftung
AM Modenapark 13/9
1030 Vienna
AUSTRIA

Common Voting: 2000 (11%)
Common Non-Voting: 6051 (28%)

P3 Ventures Ltd.
6 Princes Street
London, United Kingdom W1B 2LG
UNITED KINGDOM

Common Voting: 1894 (10%)

Stored Value GP
Governors Square, 2nd Floor
23 Lime Tree Bay Avenue
Grand Cayman, Cayman Islands KY1-1110
CAYMAN ISLANDS

Common Voting: 2375 (13%)
Common Non-Voting: 8583 (39%)

**June 23, 2025**                          **/s/ Abigail V. O'Brient**
Date                                       **Abigail V. O'Brient**
                                           Signature of Attorney or Litigant
                                           Counsel for  **Mode Eleven Bancorp**

                                           **Abigail V. O'Brient**
                                           **Covington & Burling LLP**
                                           **1999 Avenue of the Stars**
                                           **Los Angeles, CA 90067-4643**
                                           **Telephone: + 1 (424) 332-4846**
                                           **Email:  aobrient@cov.com**