# United States Bankruptcy Court
## District of Wyoming

In re **Mode Eleven Bancorp**     Case No. **25-20240**

Debtor(s)     Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aerarium Ltd.**<br>EVI Building, 1st Floor, Flat 104<br>Kypranoros 13, 1061 Nocosia Cyprus | **Common Voting**<br>**Common Non-Voting** | **2375**<br>**3875** | |
| **Holly Alastra**<br>[address on file] | **Common Voting** | **67** | |
| **John Alastra**<br>[address on file] | **Common Voting** | **175** | |
| **Angela Angelovska-Wilson**<br>[address on file] | **Common Voting** | **3** | |
| **Nison Aronov**<br>[address on file] | **Preferred Voting** | **1462** | |
| **Lucille F Baxter**<br>[address on file] | **Common Voting** | **75** | |
| **John Beccia**<br>[address on file] | **Common Voting** | **1** | |
| **Gary Bonneau**<br>[address on file] | **Common Voting** | **28** | |
| **Lisa Bonneau**<br>PO Box 83<br>Bridger, MT 59014 | **Common Voting** | **37** | |
| **John Briner**<br>PO Box 3182<br>Big Bear Lake, CA 92315 | **Common Voting** | **3** | |
| **Michal Buban**<br>[address on file] | **Common Voting** | **1894** | |
| **Pamela Burman**<br>PO Box 442<br>Fairview, MT 59221 | **Common Voting** | **21** | |
| **Stacey Bush**<br>PO Box 644<br>Dallesport, WA 98617 | **Common Voting** | **11** | |

| | | |
|---|---|---|
| **Charles B Carruthers**<br>PO Box 8682<br>Tucson, AZ 85738-0682;<br>PO Box 2999<br>Cheyenne, WY 82003-2999 | Common Voting | 65 |
| **Tommie or Dustin Carruthers**<br>[address on file] | Common Voting | 82 |
| **Edward Cataldo**<br>[address on file] | Common Voting | 1 |
| **Cold Smoke Investment, LLC**<br>[address on file] | Common Voting | 414 |
| **Amy Collins**<br>[address on file] | Common Voting | 10 |
| **Curtis Conner**<br>[address on file] | Common Voting | 5 |
| **Kade Conner**<br>[address on file] | Common Voting | 5 |
| **Beverly Elkin**<br>[address on file] | Common Voting | 140 |
| **Desiree Elkin**<br>[address on file] | Common Voting | 3 |
| **Kelly Elkin**<br>[address on file] | Common Voting | 193 |
| **Jana Fix**<br>PO Box 97<br>Ekalaka, MT 59324 | Common Voting | 21 |
| **Albert Forkner**<br>[address on file] | Common Voting | 3 |
| **FSY Investment Management LLC**<br>842 California Avenue<br>Venice, CA 90291 | Common Voting<br>Common Non-Voting | 1462<br>1738 |
| **Billie G. Garner, C/O Cheryl Castelberry**<br>[address on file] | Common Voting | 50 |
| **Mary Garner**<br>[address on file] | Common Voting | 10 |
| **Forrest Gilman**<br>[address on file] | Common Voting<br>Preferred Voting | 519<br>943 |
| **Holster Privatstiftung**<br>AM Modenapark 13/9<br>1030 Vienna<br>AUSTRIA | Common Voting<br>Common Non-Voting | 2000<br>6051 |
| **Aaron Hower** | Common Voting | 1 |

| Name / Address | Class | Amount |
|---|---|---|
| [address on file] | | |
| **Timothy Hower**<br>[address on file] | Common Voting | 1 |
| **David A Johnson**<br>PO Box 187<br>Spicer, MN 56288-0187 | Common Voting | 32 |
| **Dmitry Kochnev**<br>[address on file] | Preferred Voting | 1462 |
| **Ledge Holdings, LLC**<br>137 Rowayton Avenue<br>STE 400<br>Norwalk, CT 06853 | Common Voting<br>Common Non-Voting | 1462<br>345 |
| **Connie Lindmier**<br>PO Box 129<br>Hulett, WY 82720 | Common Voting | 20 |
| **Michelle Lindmier**<br>[address on file] | Common Voting | 1 |
| **Mike Lininger**<br>[address on file] | Common Voting | 5 |
| **Kathleen Marinangel**<br>[address on file] | Common Voting | 1 |
| **Anita McCormick**<br>PO Box 17<br>Douglas, WY 82633-0017 | Common Voting | 20 |
| **Donna McDaniel**<br>[address on file] | Common Voting | 1 |
| **Kalin Metodiev**<br>[address on file] | Common Voting | 1 |
| **Miller Family Trust utd 11/23/2010**<br>[address on file] | Preferred Voting | 1860 |
| **John Miller**<br>[address on file] | Common Voting | 3 |
| **Ronda J. Miller**<br>[address on file] | Common Voting | 21 |
| **Maxim Nazarov**<br>[address on file] | Common Voting | 1 |
| **Kellie Neal**<br>[address on file] | Common Voting | 4 |
| **Craig Neiman**<br>[address on file] | Common Voting | 16 |
| **James or Sally Ann Neiman**<br>PO Box 218 | Common Voting | 249 |

| Name / Address | Class | Shares |
|---|---|---|
| Hulett, WY 82720-0218 | | |
| Jim D. or Christy Jo Neiman<br>PO Box 102<br>Hulett, WY 82720-0102 | Common Voting | 240 |
| Rick Neiman<br>PO Box 477<br>Belle Fourche, SD 57717 | Common Voting | 10 |
| Kaye Nelson<br>PO Box 442<br>Hulett, WY 82720-0442 | Common Voting | 10 |
| Casey Newlin<br>PO Box 81<br>Newcastle, WY 82701 | Common Voting | 2 |
| Katelyn Newlin-Bischoff<br>PO Box 1153<br>Sundance, WY 82729 | Common Voting | 2 |
| NEXO Inc.<br>89 Nexus Way<br>Camana Bay, Grand Cayman<br>KY1 9009<br>Cayman Islands | Common Voting | 1060 |
| Clifton, T. Gibbs, M Camino Nuckolls<br>[address on file] | Common Voting | 16 |
| P3 Ventures Ltd.<br>6 Princes Street<br>London, United Kingdom W1B 2LG<br>UNITED KINGDOM | Common Voting<br>Common Non-Voting | 1894<br>1263 |
| Blaise C Quade<br>[address on file] | Common Voting | 32 |
| Brian J Quade<br>[address on file] | Common Voting | 21 |
| Garth W Quade<br>[address on file] | Common Voting | 21 |
| Michael J Quade<br>[address on file] | Common Voting | 31 |
| Ted L Quade<br>PO Box 599<br>Broadus, MT 59317 | Common Voting | 21 |
| Krista Ramirez<br>[address on file] | Common Voting | 19 |
| Krista, Anthony & Samantha Ramirez<br>[address on file] | Common Voting | 137 |
| John Regan<br>[address on file] | Common Voting | 156 |

| Name/Address | Class | Shares |
|---|---|---|
| **Jim D Roberts**<br>PO Box 4<br>Hulett, WY 82720-0004 | Common Voting | 4 |
| **Ron or Jim Roberts**<br>PO Box 186<br>Hulett, WY 82720-0186 | Common Voting | 6 |
| **Michael L Sand**<br>P.O. Box 55<br>Francis Creek, WI 54214 | Common Voting | 6 |
| **Myles Stafford**<br>[address on file] | Common Voting | 62 |
| **Wade Stebbins**<br>[address on file] | Common Voting | 62 |
| **Russell Stidolph**<br>[address on file] | Common Voting | 3 |
| **Leland Russel or Sheri Kay Stinson**<br>PO Box 23<br>Hulett, WY 82720-0023 | Common Voting | 20 |
| **Stored Value GP**<br>Governors Square, 2nd Floor<br>23 Lime Tree Bay Avenue<br>Grand Cayman, Cayman Islands KY1-1110<br>CAYMAN ISLANDS | Common Voting<br>Common Non-Voting | 2375<br>8583 |
| **Ulter Capital Management LLC**<br>16192 Coastal Highway<br>Lewes, DE 19958 | Common Voting | 500 |
| **Stephanie Wallendorff**<br>[address on file] | Common Voting | 1 |
| **Deanna J Weyer**<br>[address on file] | Common Voting | 21 |
| **Richard Widmann**<br>[address on file] | Common Voting | 3 |
| **Rick Woodbury**<br>[address on file] | Common Voting | 131 |
| **Dan Zimmerschied**<br>[address on file] | Common Voting | 30 |

**[Remainder of Page Intentionally Left Blank]**

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 23, 2025**               **Signature** */s/ John Miller*
                                              **John Miller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.