**Fill in this information to identify the case:**

Debtor: Mode Eleven Bancorp

United States Bankruptcy Court for the: _____ District of Wyoming (State)

Case number (If known): 25-20240

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Board of Governors of the Federal Reserve System<br>Attn: Richard M. Ashton; Jason Gonzalez<br>20th & C Street, N.W.<br>Washington, D.C. 20551<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ For notice only | $_____ |
| **2.2** | **Priority creditor's name and mailing address**<br>FDIC - San Francisco Regional Office<br>25 Jessie Street at Ecker Square, Suite 2300<br>San Francisco, CA 94105-2780<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ For notice only | $_____ |
| **2.3** | **Priority creditor's name and mailing address**<br>Federal Reserve Bank of Kansas City<br>1 Memorial Drive<br>Kansas City, Missouri 64198<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ For notice only | $_____ |

Debtor __Mode Eleven Bancorp_____ Case number (*if known*)__25-20240__
       Name

## Part 1:  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.4  Priority creditor's name and mailing address**

Idaho State Tax Commission
11321 W. Chinden Blvd.
Boise, ID  83714-1021

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ For notice only      $_____

---

**2.5  Priority creditor's name and mailing address**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ For notice only      $_____

---

**2.6  Priority creditor's name and mailing address**

Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P. O. Box 7090
Boston, MA  02204-7090

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ For notice only      $_____

---

**2.7  Priority creditor's name and mailing address**

Montana Department of Revenue
ATTN Bankruptcy
PO Box 7701
Helena, MT 59604-7701

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ For notice only      $_____

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      page _2_ of _9_

## Part 1.  Additional Page

| | Total claim | Priority amount |
|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.8  Priority creditor's name and mailing address**

Nevada Department of Taxation  
3850 Arrowhead Dr.  
Carson City, NV 89706

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$ For notice only    $_____

---

**2.9  Priority creditor's name and mailing address**

New Jersey Dept. of Treasury, Division of Taxation  
3 John Fitch Way, 5th Floor  
PO Box 245  
Trenton, NJ 08695-0245

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$ For notice only    $_____

---

**2.10  Priority creditor's name and mailing address**

New York State Dept. of Taxation and Finance  
Bankruptcy Section  
PO Box 5300  
Albany NY 12205-0300

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$ For notice only    $_____

---

**2.11  Priority creditor's name and mailing address**

Office of the Comptroller of the Currency  
Special Supervision Division  
400 7th Street, S.W.  
Washington, D.C. 20219

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Date or dates debt was incurred**  
_____

**Basis for the claim:**  
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**  
☐ No  
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$ For notice only    $_____

Debtor  Mode Eleven Bancorp _____ Case number *(if known)* 25-20240 _____
         Name

## Part 1: Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.12** **Priority creditor's name and mailing address**

Wyoming Department of Revenue
122 W 25th St
Cheyenne, WY 82002

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
❑ No
❑ Yes

$ For notice only        $_____

---

**2.__** **Priority creditor's name and mailing address**

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____        $_____

---

**2.__** **Priority creditor's name and mailing address**

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____        $_____

---

**2.__** **Priority creditor's name and mailing address**

_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
❑ No
❑ Yes

$_____        $_____

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page 4 of 9

Debtor __Mode Eleven Bancorp_____    Case number (*if known*) __25-20240_____
      Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Baker Donelson<br>100 Light Street<br>Baltimore, MD 21202<br><br>**Date or dates debt was incurred** 5/1/2025<br>**Last 4 digits of account number** 0 0 0 2 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>**Is the claim subject to offset?**<br>☒ No  ☐ Yes | $72,920.00 |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Ballard Spahr LLP<br>PO Box 825470<br>Philadelphia, PA 19182-5470<br><br>**Date or dates debt was incurred** 3/26/2025<br>**Last 4 digits of account number** 0 5 0 0 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>**Is the claim subject to offset?**<br>☒ No  ☐ Yes | $11,756.50 |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Dmitry Kochnev<br>PO Box 88678<br>Milwaukee, WI 53288-8678<br><br>**Date or dates debt was incurred** 6/1/2022<br>**Last 4 digits of account number** N/A | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Dividend and Interest<br><br>**Is the claim subject to offset?**<br>☒ No  ☐ Yes | $44,833.69 |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Eide Bailly<br>PO Box 88678<br>Milwaukee WI 53288-8678<br><br>**Date or dates debt was incurred** 4/30/2024<br>**Last 4 digits of account number** 0 9 9 2 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>**Is the claim subject to offset?**<br>☒ No  ☐ Yes | $24,255 |
| **3.5** **Nonpriority creditor's name and mailing address**<br>Employment Development Department of California<br>PO Box 826880, 94280<br>Sacramento, CA 94280-0001<br><br>**Date or dates debt was incurred** 04/2022 - 9/2023<br>**Last 4 digits of account number** N/A | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Penalty and Interest<br><br>**Is the claim subject to offset?**<br>☒ No  ☐ Yes | $49,551.96 |
| **3.6** **Nonpriority creditor's name and mailing address**<br>Forrest Gilman<br>77 South Birch Road, Apt. 15D<br>Fort Lauderdale, FL 33316<br><br>**Date or dates debt was incurred** 6/1/2022<br>**Last 4 digits of account number** N/A | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Dividend and Interest<br><br>**Is the claim subject to offset?**<br>☒ No  ☐ Yes | $28,918.04 |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7**  Nonpriority creditor's name and mailing address
GSM Marketing LLC

4600 Touchton Rd #1150

Jacksonville, FL 32246

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Services

Date or dates debt was incurred  Unknown
Last 4 digits of account number  Unknown

Is the claim subject to offset?
☒ No
☐ Yes

$ 390.00

**3.8**  Nonpriority creditor's name and mailing address
Marshall Dennehey

2000 Market St., Ste 2300

Philadelphia PA 19103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Date or dates debt was incurred  Unknown
Last 4 digits of account number  Unknown

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,922.50

**3.9**  Nonpriority creditor's name and mailing address
Miller Family Trust utd 11/23/2010

2361 Villandry Ct.

Henderson, NV 89074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dividend and Interest

Date or dates debt was incurred  6/1/2022
Last 4 digits of account number  N/A

Is the claim subject to offset?
☒ No
☐ Yes

$ 57,038.76

**3.10**  Nonpriority creditor's name and mailing address
Nexo Inc.

89 Nexus Way, Camana Bay

Grand Cayman, Cayman Islands KY1-9099

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Stock Purchase

Date or dates debt was incurred  2/1/2022
Last 4 digits of account number  N/A

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.11**  Nonpriority creditor's name and mailing address
Nison Aronov

300 Wembley Court

Atlanta, GA  30328

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dividend and Interest

Date or dates debt was incurred  6/1/2022
Last 4 digits of account number  N/A

Is the claim subject to offset?
☒ No
☐ Yes

$ 44,833.69

Debtor __Mode Eleven Bancorp_____ Case number *(if known)* __25-20240_____
     Name

**Part 2:  Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12**  **Nonpriority creditor's name and mailing address**
Paychex
970 Lake Carillon Drive, Ste: 400 & 500
St. Petersburg, FL 33716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** 5/19/2022
**Last 4 digits of account number** 2 0 3 8

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,651.06

---

**3.13**  **Nonpriority creditor's name and mailing address**
Summit National Bank
PO Box 98
Hulett, WY 82720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shared Services

**Date or dates debt was incurred** 6/1/2022
**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 311,094.29

---

**3.14**  **Nonpriority creditor's name and mailing address**
Washington Department of Labor and Industries
7273 Linderson Way SW
Tumwater, WA 98501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** PEO Costs

**Date or dates debt was incurred** 3/1/2023
**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 239.07

---

**3.__**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.__**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor  Mode Eleven Bancorp _____  Case number (*if known*) 25-20240
                Name

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1. | Baker & McKenzie LLP<br>Attn: Ian Shelton and Ted Schweinfurth<br>800 Capitol St., Suite 2100<br>Houston, TX 77002 | Line 3.10<br>☐ Not listed. Explain _____ | N/A |
| 4.2. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.3. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.4. | | Line ____<br>☐ Not listed. Explain _____ | |
| 41. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.5. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.6. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.7. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.8. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.9. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.10. | | Line ____<br>☐ Not listed. Explain _____ | |
| 4.11. | | Line ____<br>☐ Not listed. Explain _____ | |

Debtor  Mode Eleven Bancorp _____  Case number (if known) 25-20240 _____
      Name

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $ 685,404.56 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 685,404.56 |

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 9 of 9