**Fill in this information to identify the case:**

Debtor name ___Mode Eleven Bancorp___

United States Bankruptcy Court for the:_____ District of ___Wyoming___
(State)

Case number (If known): ___25-20240___     Chapter ___11___

❑ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases      12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

❑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1** State what the contract or lease is for and the nature of the debtor's interest; State the term remaining; List the contract number of any government contract

**2.2** (same fields, blank)

**2.3** (same fields, blank)

**2.4** (same fields, blank)

**2.5** (same fields, blank)