**Fill in this information to identify the case:**

Debtor name: Mode Eleven Bancorp

United States Bankruptcy Court for the: District of Wyoming (State)

Case number (If known): 25-20240

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Baker Donelson<br>100 Light Street<br>Baltimore, MD 21202 | Tracey Phoebus<br>(410) 685-1120<br>tphoebus@bakerdonelson.com | Services | | | | $72,920.00 |
| 2 | Miller Family Trust utd 11/23/2010<br>2361 Villandry Ct.<br>Henderson, NV 89074 | John Miller<br>john.miller@summitnb.com<br>(307) 202-9077 | Dividends and Interest | | | | $57,038.76 |
| 3 | Employment Development Department of California<br>PO Box 826880, 94280,<br>Sacramento, CA 94280-0001 | Employment Development Department, Legal Office<br>800 Capitol Mall, MIC 53<br>Sacramento, CA 95814 | Penalty & Fees | Disputed | | | $49,551.96 |
| 4 | Dmitry Kochnev<br>3 Sanforinis<br>Geri, Nicosia<br>Cyprus 2200 | Dmitry Kochnev<br>dmitry.kochnev@gmail.com | Dividends and Interest | | | | 44,833.69 |
| 5 | Nison Aronov<br>300 Wembley Court<br>Atlanta, GA 30328 | Nison Aronov<br>7770nixon@gmail.com | Dividends and Interest | | | | $44,833.69 |
| 6 | Paychex<br>970 Lake Carillon Drive<br>Ste. 400 & 500<br>St. Petersburg, FL 33716 | Joshua Whitman<br>(888) 627-4735 X 5276606<br>Jwhitman@paychex.com | Services | Disputed | | | $33,651.06 |
| 7 | Forrest Gilman<br>77 South Birch Road<br>Apt. 15D<br>Fort Lauderdale, FL 33316 | Forrest Gilman | Dividends and Interest | | | | $28,918.04 |
| 8 | Eide Bailly<br>PO Box 88678<br>Milwaukee, WI 53288-8678 | Jill E. Schneider<br>(701) 239-8542<br>jschneider@eidebailly.com | Services | | | | $24,255.00 |

Debtor  Mode Eleven Bancorp
     Name

Case number (*if known*) 25-20240

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Ballard Spahr LLP<br>PO Box 825470<br>Philadelphia, PA 19182-5470 | Joanne Valentine<br>valentinej@ballardspahr.com<br>(215) 864.8752 | Services | | | | $11,756.50 |
| 10 | Marshall Dennehey<br>2000 Market St., Ste 2300<br>Philadelphia, PA 19103 | Butler Buchanan, III<br>(215) 575-2661<br>BBBuchanan@mdwcg.com | Services | | | | $5,922.50 |
| 11 | GSM Marketing LLC<br>4600 Touchton Rd #1150<br>Jacksonville, FL 32246 | (904) 565-2959 | Services | | | | $390.00 |
| 12 | Washington Department of Labor and Industries<br>7273 Linderson Way SW<br>Tumwater, WA 98501 | Maribeth Sapinoso<br>360-902-5800 | State/PEO | Disputed | | | $239.07 |
| 13 | Nexo Inc.<br>89 Nexus Way, Camana Bay<br>Grand Cayman, Cayman Islands KY1-9009 | Ted Schweinfurth<br>214-978-3084<br>ted.schweinfurth@bakermckenzie.com | Stock Purchase | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |