| UNITED STATES BANKRUPTCY COURT DISTRICT OF WYOMING | | |
|---|---|---|
| Debtor 1: MODE ELEVEN BANCORP | Case #: | 25-20240-CDP |
| Name | | |
| Debtor 2: | Chapter: | 11, Subchapter V |

**Local Bankruptcy Form 9013-1.1**
**Notice of Motion/Application**

**Part 1 Objection Deadline**

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING
JUN 30 2025 PM01:23
HJ ESTERHOLDT, CLERK

Objection Deadline: **July 25, 2025**

**Part 2 Notice**

NOTICE IS HEREBY GIVEN that Paul A. Jordan, Chapter 11, Subchapter V Trustee ("*Trustee*") of the bankruptcy estate of Mode Eleven Bancorp ("*Debtor*") has filed a Motion for Approval of Post-Petition Retainer for Subchapter V Trustee (the "*Motion*").

In connection with the Debtor's Chapter 11 filing and pursuant to 11 U.S.C. § 1183(a), on June 11, 2025, the United Staes Trustee appointed Trustee as Subchapter V trustee in the above-captioned case.

Trustee is requesting a post-petition retainer from Debtor in the amount of $3,000 (the "*Retainer*") to be held in Trustee's trust account as a security towards anticipated fees and expenses incurred and to be incurred in performance of his duties as Subchapter V trustee in Debtor's bankruptcy case. If approved and upon receipt, Trustee will assert a first priority security interest in the Retainer. In the event the case is dismissed or converted to Chapter 7, Trustee's security interest in the retainer may enable Trustee to receive payment of his fees and expenses to the extent of the Retainer ahead of other allowed administrative claims.

Trustee shall make application to the Court pursuant to the rules and orders of this Court and the Federal Rules of Bankruptcy Procedures for payment of fees and expenses from the Retainer. Should the Retainer exceed the fees and expenses incurred by the Trustee, or the fees and expenses approved by the Court, the Trustee will refund the surplus amount to the Debtor.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objection. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

**Part 3** **Signature of Movant's Attorney or Movant (if unrepresented)**

Dated: June 26, 2025

/s/ Paul A. Jordan
Paul Jordan, Trustee
5 Tamarade Drive
Littleton, CO 80127
Tel: (303) 809-1273
Email: paul@np3llc.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

In re:                                              )
                                                    )
MODE ELEVEN BANCORP                                 )   Case No. 25-20240 – CDP
                                                    )   Chapter 11, Subchapter V
                                                    )
  *Debtor.*                                         )

## CERTIFICATE OF SERVICE

I certify that on June 26, 2025, I served a complete copy of **NOTICE OF MOTION TO APPROVE POST-PETITION RETAINER FOR SUBCHAPTER V TRUSTEE** on the following parties in the attached Creditor Address Mailing Matrix, which was obtained from the Court's docket on June 26, 2025 in accordance with 11 U.S.C. § 342(c) and Federal Rules of Bankruptcy Procedure except for the flowing who were served via CM/ECF:

**via CM/ECF:**

United States Trustee
Daniel J. Morse, Esq.
Lacey Bryan, Esq.
Bradley Hunsicker, Esq.
Abigail V. O'Brient, E

Dated: June 26, 2025                    */s/ Paul A. Jordan*
                                        Paul A. Jordan, Trustee
                                        5 Tamarade Drive
                                        Littleton, CO  80127
                                        Tel: (303) 809-1273
                                        Email: paul@np3llc.com

```
el Matrix for local noticing          Mode Eleven Bancorp                    US Bankruptcy Court
1089-2                                 133 Main Street                        2120 Capitol Avenue #6004
Case 25-20240                          Hulett, WY 82720                       Cheyenne, WY 82001-3647
District of Wyoming
Cheyenne
Thu Jun 26 12:55:59 MDT 2025

Aaron Bower                            Aerarium Ltd                           Albert Forkner
15423 Sunset Lane                      EVI Building, 1st Floor, Flat 104      486 E Pearl Avenue,
Mt. Vernon, WA 98273-8840              Kypranoros 13, 1061 Nocosia Cyprus     PO Box 7271
                                                                              Jackson, WY 83002-7271


Amy Collins                            Angela Angelovska-Wilson               Anita McCormick
ATTN: Meri Hackett                     4913 43rd Street NW                    12182 E 36th Place
46 New Haven Road                      Washington, DC 20016-4020              Yuma AZ 85367-6797
Hulett, WY 82720-9644


Anita McCormick                        Anthony Ramirez                        Baker Donelson
PO Box 17                              5143 Amherst Drive                     100 Light Street
Douglas, WY 82633-0017                 Billings, MT 59106-8540                Baltimore MD 21202-1036


Ballard Spahr LLP                      Beverly Elkin                          Billie Garner
PO Box 825470                          5221 Amherst Drive                     240 110th Ave NW
Philadelphia PA 19182-5470             Billings, MT 59106-8549                Bismarck, ND 58503-8458


Blaise C Quade                         Brian J Quade                          Casey Newlin
4008 Plum Creek Pl                     3229 Stone Valley Rd                   PO Box 81
Rapid City, SD 57703-6916              Alamo, CA 94507-2838                   Newcastle, WY 82701-0081


Charles B. Carruthers                  Charles B. Carruthers                  Cheryl Castleberry
PO Box 2999                            PO Box 8682                            240 110th Ave NW
Cheyenne, WY 82003-2999                Tucson, AZ 85738-0682                  Bismarck, ND 58503-8458


Christy Neiman                         Clifton E Nuckolls                     Cold Smoke Investment
PO Box 102                             196 Bozeman                            5841 Autumnwood Road
Hulett, WY 82720-0102                  Buffalo, WY 82834-2035                 Billings, MT 59106-9707


Connie Lindmier                        Craig Neiman                           Curtis M. Conner
PO Box 129                             4800 Westlake PKWY, Unit 905           12352 238th Avenue
Hulett, WY 82720-0129                  Sacramento, CA 95835-2076              Isabel, SD 57633-6300


Dan Zimmerschied                       David Johnson                          Deanna J Weyer
215 Cabin Creek Road                   PO Box 187                             377 Rimrock Dr
Carlile, WY 82721-8801                 Spicer, MN 56288-0187                  Thermopolis, WY 82443-9429
```

| | | |
|---|---|---|
| Desiree Elkin<br>5841 Autumnwood Road<br>Billings, MT 59106-9707 | Dmitry Kodnev<br>3 Sanforinis<br>Geri, Nicosia 2200<br>CYPRUS | Donna McDaniel<br>2002 Hwy 24<br>Hulett WY 82720-9704 |
| Donna McDaniel<br>PO Box 53<br>Hulett, WY 82720-0053 | Dustin Carruthers Kniseley<br>1417 East 20th Street<br>Cheyenne, WY 82001-4022 | Edward Cataldo<br>64 Woods Court<br>Dunstable, MA 01827-2103 |
| Eide Bailly<br>PO Box 88678<br>Milwaukee WI 53288-8678 | Employment Development Dept. of CA<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Federal Deposit Insurance Corporation<br>San Francisco Regional Office<br>25 Jessie St at Ecker Square Ste 2300<br>San Francisco, CA 94105-2780 |
| Federal Reserve Bank of Kansas City<br>1 Memorial Drive<br>Kansas City, Missouri 64198-0002 | Forrest Gilman<br>77 South Birch Rd., Apt 15D<br>Fort Lauderdale, FL 33316-1556 | GSM Marketing LLC<br>4600 Touchton Rd #1150<br>Jacksonville, FL 32246-1542 |
| Garth W Quade<br>2144 Skokie Pl<br>Billings, MT 59105-3563 | Gary Bonneau<br>1917 Bashley Road<br>Monument, CO 80132-2886 | Gary Bonneau<br>7546 Shallow Brooke Place<br>Colorado Springs, CO 80922-2518 |
| Holly Alastra<br>1984 Harvest Loop<br>East Helena, MT 59635-9414 | Idaho State Tax Commission<br>11321 W. Chinden Blvd.<br>Boise, ID 83714-1021 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| James S. Neiman<br>PO Box 218<br>Hulett, WY 82720-0218 | Jana Fix<br>PO Box 97<br>Ekalaka, MT 59324-0097 | Jim D. Neiman<br>PO Box 102<br>Hulett, WY 82720-0102 |
| Jim D. Roberts<br>PO Box 4<br>Hulett, WY 82720-0004 | John Alastra<br>1984 Harvest Loop<br>East Helena, MT 59635-9414 | John Beccia<br>10 Huntingdon Road<br>Lynnfield, MA 01940-1060 |
| John Beccia<br>11 Temple Road<br>Lynnfield, MA 01940-2048 | John Briner<br>PO Box 3182<br>Big Bear Lake, CA 92315-3182 | John Miller<br>2361 Villandry Ct<br>Henderson, NV 89074-5333 |
| John Regan<br>2602 Kipling Avenue<br>Wall, NJ 07762-2361 | Kade D. Conner<br>12352 238th Avenue<br>Isabel, SD 57633-6300 | Katelyn Newlin-Bischoff<br>PO Box 1153<br>Sundance, WY 82729-1153 |

Kathleen E. Marinangel
2911 Sterling Drive
McHenry, IL 60050-2662

Kaye Nelson
PO Box 442
Hulett, WY 82720-0442

Kellie Neal
239 Evening Star Lane
Bozeman, MT 59715-2104

Kelly Elkin
2569 Prairie Oak Drive
Dickinson, ND 58601-6702

Krista Ramirez
5143 Amherst Drive
Billings, MT 59106-8540

Ledge Holdings, LLC
137 Rowayton Avenue STE 400
Norwalk, CT 06853-1413

Leland Stinson
PO Box 23
Hulett, WY 82720-0023

Lisa Bonneau
PO Box 83
416 E Broadway Ave
Bridger, MT 59014-7821

Lucille Baxter
26503 E 147th Street
Blythedale, MO 64426-9170

Marshall Dennehey
2000 Market St. Ste 2300
Philadelphia, PA 19103-7006

Mary Janell Garner-Kinzler
410 Texas Street
Rapid City, SD 57701-2303

Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P. O. Box 7090
Boston, MA  02204-7090

Maxim Nazarov
842 California Avenue
Venice, CA 90291-3412

Maxim Nazarov
FSY Investment Management LLC
842 California Avenue
Venice, CA 90291-3412

Michael Buban
Stare Grunty 332
Bratislava, Slovakia 841 04
SLOVAKIA

Michael J Quade
428 Tamarisk Drive
Billings, MT 59105-3526

Michael Lininger
26622 S New Town Dr
Sun Lakes, AZ 85248-7124

Michael Sand
P.O. Box 55
501 Laurel Drive
Francis Creek, WI 54214

Michelle Lindmier-Cloninger
412 Mineral Avenue
Bozeman, MT 59718-6217

Miller Family Trust utd 11/23/2010
2361 Villandry Ct
Henderson, NV 89074-5333

(p)MONTANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY UNIT
PO BOX 7701
HELENA MT 59604-7701

Myles Stafford
5655 Niagara Drive
Bismarck, ND 58503-6944

(p)STATE OF NEW JERSEY   DIVISION OF TAXATION
ATTN BANKRUPTCY UNIT
PO BOX 245
TRENTON NJ 08695-0245

NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Nevada Department of Taxation
3850 Arrowhead Dr.
Carson City, NV 89706-7939

Nexo, Inc.
89 Nexus Way
Camana Bay, Grand Cayman
KY1 9009
Cayman Islands

Nison Aronov
300 Wembley Circle
Atlanta, GA 30328-6759

Office of the Comptroller of the Currency
Special Supervision Division
400 7th Street, S.W.
Washington, D.C. 20219-0004

Pamela Burman
PO Box 442
Fairview, MT 59221-0442

Paychex
970 Lake Carillon Drive Ste: 400 & 500
St. Petersburg FL 33716-1130

| | | |
|---|---|---|
| Reda Bedjaoui<br>P3 Ventures LTD<br>6 Princes Street<br>London, United Kingdom W1B 2LG<br>UNITED KINGDOM | Richard Widmann<br>3708 Greystone Drive<br>Austin, TX 78731-1504 | Rick Neiman<br>PO Box 477<br>Belle Fourche, SD 57717-0477 |
| Rick Woodbury<br>25137 Granite Heights Drive<br>Custer, SD 57730-2501 | Ronald Roberts<br>PO Box 186<br>Hulett, WY 82720-0186 | Ronda J Miller<br>8151 Ramshorn<br>Gillette, WY 82718-7253 |
| Russell Stidolph<br>137 Rowayton Avenue, STE 400<br>Norwalk, CT 06853-1413 | Russell Stidolph<br>Holster Privatstiftung<br>AM Modenapark 13/9<br>1030 Vienna AUSTRIA | Sally Ann Neiman<br>PO Box 218<br>Hulett, WY 82720-0218 |
| Samantha Ramirez<br>5143 Amherst Drive<br>Billings, MT 59106-8540 | Sheri Stinson<br>PO Box 23<br>Hulett, WY 82720-0023 | Stacey Bush<br>PO Box 644<br>Dallesport, WA 98617-0630 |
| Stephanie Wallendorff<br>13 Wild Horse Rd<br>Rock Springs, WY 82901-6797 | Stored Value<br>Governors Square, 2nd Floor<br>23 Lime Tree Bay Avenue<br>Grand Cayman, Cayman Islands KY1-1110<br>CAYMAN ISLANDS | Summit National Bank<br>PO Box 98<br>Hulett, WY 82720-0098 |
| Ted L Quade<br>PO Box 599<br>Broadus, MT 59317-0599 | Timothy Rower<br>1015 N 23rd Street<br>Boise, ID 83702-3227 | Tommie Carruthers Kniseley<br>1417 East 20th Street<br>Cheyenne, WY 82001-4022 |
| US Trustee<br>308 West 21st Street, 2nd Floor<br>Cheyenne, WY 82001-3669 | Ulter Capital Management LLC<br>16192 Coastal Highway<br>Lewes, DE 19958-3608 | Wade Stebbins<br>16435 Spring Valley Rd<br>Piedmont, SD 57769-7900 |
| (p)WA STATE DEPT OF LABOR & INDUSTRIES<br>BANKRUPTCY UNIT<br>PO BOX 44171<br>OLYMPIA WA 98504-4171 | Wyoming Department of Revenue<br>122 W 25th St<br>Cheyenne, WY 82001-3004 | Abigail V. O'Brient<br>Covington & Burling LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643 |
| Bradley T Hunsicker<br>Markus Williams Young & Hunsicker LLC<br>2120 Carey Avenue, Suite 101<br>Cheyenne, WY 82001-3654 | Lacey Bryan<br>Markus Williams Young & Hunsicker LLC<br>1775 Sherman Street<br>Suite 1950<br>Denver, CO 80203-4350 | Paul Arthur Jordan  Trustee<br>Np3 Llcompany<br>5 Tamarade Drive<br>Littleton, CO 80127-3517 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Montana Department of Revenue<br>ATTN Bankruptcy<br>PO Box 7701<br>Helena, MT 59604-7701 | NJ Division of Taxation<br>3 John Fitch Way, 5th Floor<br>PO Box 245<br>Trenton, NJ 08695-0245 | Washington State Dept of Labor and Industrie<br>7273 Linderson Way SW<br>Tumwater, WA 98501 |

End of Label Matrix
Mailable recipients   116
Bypassed recipients     0
Total                 116