FILED

UNITED STATES BANKRUPTCY COURT

DISTRICT OF WYOMING

4:17 pm, 7/7/25

HJ Esterholdt
Clerk of Court

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WYOMING

In re:

MODE ELEVEN BANCORP,

Debtor.

Case No. 25-20240
Chapter 11

## ORDER REGARDING COMPLIANCE WITH RULES

This matter is before the Court on the Ex Parte Application to Employ Hovde Group, LLC, as Investment Banker for the Debtor-in-possession. The Application appears to request pre-approval of compensation pursuant to pursuant to the terms of an Engagement Agreement attached to the Application and 11 USC § 328(a). A review of the Application and of the record finds that Debtor-in-possession has not complied with Fed. R. Bank. P. 2002(a).

IT IS, THEREFORE, ORDERED that Debtor-in-possession shall comply with the above-cited rule by providing notice and opportunity to object upon all creditors and interested parties within fourteen (14) days of entry of this Order. Failing to comply with this Order may cause the Court to deny the Motion without further notice or hearing.

BY THE COURT

*Cathleen D. Parker* 7/7/2025

Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming

Service to:
Lacey S. Bryan
Abigail V. O'Brient