| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **MODE ELEVEN BANCORP** |
| United States Bankruptcy Court for the: | DISTRICT OF WYOMING |
| Case number (if known) | **25-20240** |

■ Check if this is an amended filing

# Official Form 206G
## AMENDMENT Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Tax Sharing Agreement** |
| | State the term remaining | **Indefinite/Contingent** |
| | List the contract number of any government contract | |

**Summit National Bank**
**P.O. Box 98**
**Hulett, WY 82720**