# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
## *Minutes of Proceeding*

FILED
3:44 pm, 7/10/25
HJ Esterholdt
Clerk of Court

Date: July 10, 2025                                    HONORABLE Cathleen D. Parker, Presiding

Location: Courtroom

In re: Mode Eleven Bancorp                             Case No: 25-20240

                    Debtor(s)                          Chapter 11

### Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Mode Eleven Bancorp | Counsel | Brad Hunsicker/Abigail O'Brient |
| Trustee | Paul Jordan, SubV Trustee | Counsel | *Pro Se* |

Proceedings: Motion for Entry of an Order (I) Approving the Bidding Procedures; (II) Approving Bid Protections; (III) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices; (IV) Scheduling the Bid Deadline, the Auction and Sale Hearing; (V) Approving the Form and Manner of Notice Thereof; and (VI) Granting Related Relief. Filed on behalf of Mode Eleven Bancorp by Bradley T Hunsicker. (Attachments: # 1 Exhibit 1 # 2 Exhibit A - Proposed Order (I) Approving the Bidding Procedures; (II) Approving Bid Protections; (III) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices; (IV) Scheduling the Bid Deadline, the Auction and Sale) (ECF No. 28)

Witness sworn and testified:    N/A

Orders:
- ☒ Relief sought  ☒ Granted  ☐ Denied  ☐ Case Dismissed  ☐ Continued
- ☐ Matter taken under advisement
- ☒ Formal order or judgment to enter        To be prepared _____
- ☐ These minutes constitute the Court's official order in this matter

For the reasons stated on the record, the court granted the motion. A separate order will follow.

BY THE COURT:

*Cathleen D Parker* 7/10/2025

Honorable Cathleen D. Parker
United States Bankruptcy Judge