IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| In re: | Case No. 25-20240 |
|---|---|
| MODE ELEVEN BANCORP, | Chapter 11 |
| Debtor. | |

FILED
3:26 pm, 7/11/25
HJ Esterholdt
Clerk of Court

## ORDER SCHEDULING EVIDENTIARY HEARING ON
## MOTION TO SELL PROPERTY

IT IS ORDERED and notice is given that an evidentiary hearing on Debtor's Motion to Sell Property filed June 30, 2025 (ECF No. 61), will be held in the Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming, at 10 a.m. on August 4, 2025. Any party requesting participation by video conferencing shall refer to Local Bankruptcy Rule 9074-2. The use of headsets is recommended for video hearings.

On or before **July 31, 2025**, any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses and shall serve the schedule and copies of the proposed exhibits on all parties. Exhibits shall be electronically submitted through the Court's CM/ECF system by following the Electronic Evidence Procedures Frequently Asked Questions (FAQs) located at www.wyb.uscourts.gov. Counsel should retain original exhibits for introduction at the hearing if necessary. The Court will not have exhibits available for the parties' use. Electronic filing of the exhibits shall be considered service on all parties receiving electronic notice. Objections to exhibits requiring presentation of an original document must be filed three days prior to hearing.

Pro se parties may submit his/her schedule and **three** copies **(indexed and bound)** of the proposed exhibits to the U.S. Bankruptcy Clerk's Office, 2120 Capitol Avenue, Suite 6004, Cheyenne, Wyoming 82001.

Parties with witnesses testifying by video conference are responsible to ensure witnesses at remote locations receive ALL exhibits in order to testify.

The Court requests the parties be prepared for the admission of uncontested exhibits as a preliminary matter at the evidentiary hearing.

BY THE COURT

_Cathleen D Parker_ 7/11/2025
Honorable Cathleen D. Parker
United States Bankruptcy Court

Service to:
  Matrix