Aaron J. Conrardy, #8-6888
Attorney for Nexo, Inc.
2580 West Main St., Ste. 200
Littleton, CO 80120
(303) 296-1999 (main)
aconrardy@wgwc-law.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MODE ELEVEN BANCORP, | ) | Case No. 25-20240 |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

_____

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE
_____

    Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance as counsel on behalf of creditor and interested party, Nexo Inc., and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in the Bankruptcy Rules or the Local Bankruptcy Rules, be served upon the following:

    Aaron J. Conrardy, Esq.
    Wadsworth Garber Warner Conrardy, P.C.
    2580 West Main Street, Suite 200
    Littleton, Colorado 80120

    Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED this 23rd day of July 2025.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ Aaron J. Conrardy*
Aaron J. Conrardy, #8-6888

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July 2025, I caused the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**, to be served via CM/ECF or regular U.S. mail to the following:

Mode Eleven Bancorp
133 Main Street
Hulett, WY 82720

Lacey Bryan
lbryan@markuswilliams.com

Bradley T Hunsicker
bhunsicker@markuswilliams.com

Abigail V. O'Brient
AOBrient@cov.com

Paul Arthur Jordan
paul@np3llc.com

U.S. Trustee
USTPRegion19.cy.ecf@usdoj.gov

Daniel J. Morse
daniel.j.morse@usdoj.gov

*/s/ Sydney Schillereff*
For Wadsworth Garber Warner Conrardy, P.C.