# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | (Subchapter 5) |
| MODE ELEVEN BANCORP, | ) | Case No. 25-20240 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
## IN ACCORDANCE WITH BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE that Peter J. Haley, of the law firm of Nelson Mullins Riley & Scarborough LLP, with offices located at One Financial Center, Suite 3500, Boston, MA 02111, enters his appearance as counsel for interested party, Victor Remsha, and requests that he be placed on the service list and that all copies of all orders, pleadings, notices and all other documents, including notice of any abandonment of property, that are filed with this Court or with the Office of the United States Trustee and served on parties in interest be duly served on the undersigned at the address set forth in accordance with Bankruptcy Rule 2002.

                                                Victor Remsha
                                                by his attorneys,

                                                */s/ Peter J. Haley*
                                                Peter J. Haley (BBO# 543858)
                                                peter.haley@nelsonmullins.com
                                                Nelson Mullins Riley & Scarborough LLP
                                                One Financial Center, Suite 3500
                                                Boston, MA 02111
                                                Tel. (617) 217-4714
Dated: July 30, 2025                               Fax. (617) 217-4710

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 30, 2025                           */s/ Peter J. Haley*

4936-7956-6169 v.1