# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
## *Minutes of Proceeding*

FILED
4:31 pm, 7/30/25
HJ Esterholdt
Clerk of Court

Date: July 30, 2025

HONORABLE Cathleen D. Parker, Presiding

Location: Telephone Conference

In re: Mode Eleven Bancorp

Case No: 25-20240

Debtor(s)

Chapter 11

### Appearances

| Role | Party | | Counsel |
|---|---|---|---|
| Debtor(s) | Mode Eleven Bancorp | Counsel | Brad Hunsicker/Abigail V. O'Brient |
| Trustee | US Trustee | Counsel | Paul Moss |
| Participating Party | Paul Jordan, Subchapter V Trustee | Counsel | *Pro Se* |

Proceedings:  Chapter 11 (Subchapter V) Case Management Conference

Witness sworn and testified:   NA

Orders:
- ☐ Relief sought   ☐ Granted   ☐ Denied   ☐ Case Dismissed   ☐ Continued
- ☐ Matter taken under advisement
- ☐ Formal order or judgment to enter      To be prepared _____
- ☒ These minutes constitute the Court's official order in this matter

The Case Management Conference was held.

BY THE COURT:

*/s/ Cathleen D. Parker*  7/30/2025

Honorable Cathleen D. Parker
United States Bankruptcy Judge