Abigail V. O'Brient (*admitted pro hac vice*)
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4826
Email:  aobrient@cov.com

Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email:  bhunsicker@MarkusWilliams.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
MODE ELEVEN BANCORP

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re: | ) |
| | ) |
| MODE ELEVEN BANCORP, | ) Chapter 11 |
| | ) |
| | ) |
| | ) Case No. 25-20240 |
| Debtor in Possession. | ) |

**DEBTOR AND DEBTOR IN POSSESSION MODE ELEVEN BANCORP'S WITNESS AND EXHIBIT LIST FOR HEARING ON THE MOTION OF DEBTOR AND DEBTOR IN POSSESSION MODE ELEVEN BANCORP FOR AN ORDER: (A) APPROVING THE SHARE PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS; (B) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, RIGHTS, ENCUMBRANCES AND OTHER INTERESTS; (C) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS PURSUANT TO BANKRUPTCY CODE SECTION 365; AND (D) GRANTING RELATED RELIEF**

Mode Eleven Bancorp ("Debtor"), debtor-in-possession herein, by and through its undersigned counsel, hereby designates the following exhibits and witnesses for the August

4, 2025 hearing on the *Motion of Debtor and Debtor in Possession Mode Eleven Bancorp for an Order: (A) Approving the Share Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Assets; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests; (C) Authorizing Assumption and Assignment of Certain Executory Contracts Pursuant to Bankruptcy Code Section 365; and (D) Granting Related Relief* [Dkt.61] (the "Sale Motion").

**WITNESSES**

1. Sean Enright, Debtor's investment banker.

2. Victor Remsha, Successful Bidder.

3. John Miller, Debtor's President and Chief Executive Officer, may testify.

4. Kirk Hovde, Debtor's investment banker, may testify.

5. Any witness called by any other party.

6. Any witness deemed necessary for rebuttal and/or impeachment.

**EXHIBITS**

1. The Sale Motion.

2. Share Purchase Agreement, dated as of July 30, 2025, by and between Victor Remsha and Debtor.

3. Share Purchase Agreement, dated as of July 30, 2025, by and between Christian Colon and Debtor.

4. Declaration of John Miller in support of *Debtor's Motion for Entry of an Order (I) Approving the Bidding Procedures; (II) Approving Bid Protections; (III) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices; (IV) Scheduling the Bid Deadline, the Auction and Sale Hearing; (V) Approving the Form and Manner of Notice Thereof; and (VI) Granting Related Relief* filed at Docket No. 29.

5. Declaration of Kirk Hovde in support of *Debtor's Motion for Entry of an Order (I) Approving the Bidding Procedures; (II) Approving Bid Protections; (III) Approving Procedures for Assumption and Assignment of Certain Executory Contracts and Related Notices; (IV) Scheduling the Bid Deadline, the Auction and Sale Hearing; (V) Approving the Form and Manner of Notice Thereof; and (VI) Granting Related Relief* filed at Docket No. 30.

6. Declaration of Sean Enright in support of the Sale Motion filed at Docket No. 109.

7. Proposed *Order (A) Approving the Share Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Assets; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests; (C) Authorizing Assumption and Assignment of Certain Executory Contracts Pursuant to Bankruptcy Code Section 365; and (D) Granting Related Relief* filed at Docket No. 110-1.

8. Declaration of Victor Remsha in support of the Sale Motion filed at Docket No. 111.

9. Transcript of Auction, dated July 28, 2025.

10. Announcement of Summit National Bank regarding the proposed sale, posted to the Summit National Bank website on July 31, 2025.

11. Any exhibit designated by another party.

12. Any pleading of record filed herein.

13. Any exhibit necessary for rebuttal and/or impeachment.

| | |
|---|---|
| Dated: July 31, 2025 | Respectfully submitted,<br><br>COVINGTON & BURLING LLP<br><br>By: /s/ *Abigail V. O'Brient*<br>Abigail V. O'Brient<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4826<br>Email: aobrient@cov.com<br><br>MARKUS WILLIAMS YOUNG AND HUNSICKER LLC<br><br>By: /s/ *Bradley T. Hunsicker*<br>Bradley T. Hunsicker (WY Bar No 7-4579) 2120 Carey Avenue, Suite 101<br>Cheyenne, WY 82001<br>Telephone: 307-778-8178<br>Facsimile: 303-830-0809<br>Email: bhunsicker@markuswilliams.com<br><br>*Counsel for the Debtor and Debtor-in-Possession Mode Eleven Bancorp* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing witness and exhibit list was filed and served this 31st day of July, 2025, upon those registered for notice via CM/ECF.

*/s/ Abigail V. O'Brient*
Abigail V. O'Brient