# EXHIBIT 9

**Transcript of Auction, dated July 28, 2025**

Bidding Procedures

July 28, 2025

In re: Mode Eleven Bancorp



www.aptusCR.com | 866.999.8310

1            UNITED STATES BANKRUPTCY COURT

2             FOR THE DISTRICT OF WYOMING

3

4  In re:               )
                       )

5  MODE ELEVEN BANCORP,    )
                       )

6                     ) Chapter 11
                       )

7                     ) Case No. 25-20240
  Debtor in Possession.   )

8                     )

9

10

11

12

13

14

15

16                BIDDING PROCEDURES

17           LOS ANGELES, CALIFORNIA

18             JULY 28, 2025

19

20

21

22

23

24  Reported by:
    Susan Myong
    CSR 13365

25
    Job No. 10169354

1                   UNITED STATES BANKRUPTCY COURT

2                     FOR THE DISTRICT OF WYOMING

3

4    In re:                     )
                                 )
5    MODE ELEVEN BANCORP,        )
                                 )
6                                ) Chapter 11
                                 )
7                                ) Case No. 25-20240
     Debtor in Possession.       )
8                                )

9

10

11

12

13          BIDDING PROCEDURES taken at 1999 Avenue of the

14   Stars, 35th Floor, Los Angeles, California, beginning at

15   6:36 p.m., and ending at 7:44 p.m., on Monday, July 28,

16   2025, before Susan Myong, Certified Shorthand Reporter

17   No. 13365.

18

19

20

21

22

23

24

25

```
 1    APPEARANCES:

 2

 3    For Debtor:

 4            COVINGTON & BURLING LLP
              BY:  ABIGAIL V. O'BRIENT, ESQ.
 5                 KAREN SOLOMON, ESQ. (Remote)
                   RANDY BENJENK, ESQ. (Remote)
 6                 CHARLOTTE MAY, ESQ. (Remote)
                   OLIVIA XIE, ESQ. (Remote)
 7                 JEFFREY LUTHER, ESQ. (Remote)
                   ETHAN WHITE, ESQ. (Remote).
 8            1999 Avenue of the Stars
              35th Floor
 9            Los Angeles, California 90067
              aobrient@cov.com
10

11    For Debtor Co-Counsel:

12            MARKUS WILLIAMS YOUNG & HUNSICKER LLC
              BY:  BRADLEY HUNSICKER, ESQ. (Remote)
13            2120 Carey Avenue
              Suite 101
14            Cheyenne, Wyoming 82001

15    For Debtor's Investment Banker:

16            HOVDE GROUP
              BY:  SEAN ENRIGHT
17                 TIM SLOCUM (Remote)
              2820 Selwyn Avenue
18            Suite 315
              Charlotte, North Carolina 28209
19

20    Bidder 1

21            Greg Jacobson

22

23    Bidder 2

24            Christian Colon
              Jeff Kuras
25            Scott Kitei (Virtual Attendee)
              Ed Olejniczak (Virtual Attendee)
```

1    Bidder 3

2          Victor Remsha
           Peter Haley
3          Andrew Kovalev (Remote)

4
     Also Present:
5
           John Miller (Remote)
6          Angela Angelovska-Wilson (Remote)
           Jodi Ersalesi (Remote)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        Los Angeles, California; Monday, July 28, 2025

2                    6:36 p.m. - 7:44 p.m.

3

4        MS. O'BRIENT:  Thank you, everyone for your

5   patience over what has been a very long day.

6        As you know, I'm Abigail O'Brient.  I am

7   counsel for debtor and debtor in possession Mode Eleven

8   Bancorp in the case captioned In Re Mode Eleven Bancorp,

9   case number 25-20240, pending in the United States

10  bankruptcy court for the district of Wyoming.

11        During today's auction, I may refer to the

12  debtor which refers to Mode Eleven Bancorp, and I may

13  refer to the bankruptcy case which is the bankruptcy

14  case that I just identified.

15        This is the auction for the debtor's assets in

16  connection with the bankruptcy case.  This auction is

17  taking place pursuant to and will be conducted in

18  accordance with the bidding procedures approved by the

19  court on July 10, 2025, at docket 83.

20        All proceedings during this general session of

21  the auction will be transcribed by a court reporter and

22  the debtor will retain the original copy of the

23  transcript.  There have been a number of conversations

24  today in breakout rooms, which were not transcribed.  If

25  there are any further conversations in breakout rooms,

1   those conversations also will not be transcribed.  If

2   any participant would like to obtain a copy of the

3   transcript, please make arrangements with the court

4   reporter before leaving today.

5          We're going to start by having the

6   representatives of the debtor introduce themselves.  And

7   after that, we will go around the table and have each of

8   the participants identify himself or herself and his or

9   her role.

10          So why don't we start with representatives of

11   the debtor present here physically.

12          MR. ENRIGHT:  Sean Enright managing director

13   with Hovde Group.

14          MS. O'BRIENT:  And any participants attending

15   on behalf of the debtor, who are on the Zoom, please

16   state your name and your role.

17          MR. MILLER:  John Miller, CEO and president.

18          MS. ANGELOVSKA-WILSON:  Angela

19   Angelovska-Wilson chairman of -- board member.

20          MS. ERSALESI:  Jodi Ersalesi, chief of staff.

21          MS. O'BRIENT:  Any of my colleagues?

22          MS. SOLOMON:  Karen Solomon, Covington.

23          MR. BENJENK:  Randy Benjenk, Covington.

24          MS. MAY:  Charlotte May, Covington.

25          MS. XIE:  Olivia Xie, Covington.

**Bidding Procedures**                                    **In re: Mode Eleven Bancorp**

1          MR. LUTHER:  Jeffrey Luther, Covington.

2          MR. WHITE:  Ethan White, Covington.

3          MS. O'BRIENT:  Brad?

4          So I see my local counsel.  Brad Hunsicker is

5     the 307 number in the Zoom.

6          So now let's go around the table, and we'll

7     start with you, Mr. Jacobson.  Please identify yourself

8     and your role.

9          MR. JACOBSON:  I'm Greg Jacobson, and I'm a

10    bidder.

11         MR. REMSHA:  I'm Victor Remsha.  I'm a bidder.

12         MR. HALEY:  Peter Haley, Nelson Mullins,

13    counsel for Mr. Remsha.

14         MR. KURAS:  Jeff Kuras, Honigman LLP, counsel

15    to Mr. Colon.

16         MR. COLON:  Christian Colon, bidder.

17         MS. O'BRIENT:  Now going back to the Zoom.

18         Would any Zoom attendees attending on behalf of

19    bidders please state their name and their role.

20         MR. KITEI:  Scott Kitei from Hanigman

21    representing Mr. Colon.

22         MR. OLEJNICZAK:  Ed Olejniczak, Olejniczak

23    Advisors, representing Mr. Colon.

24         MR. KOVALEV:  Hello, everybody.  My name is

25    Andrew Kovalev.  I'm advisor for Victor Remsha.

1          MS. O'BRIENT:   Thank you.

2          So at this time I'll go over some key terms of

3    the bidding procedures and the applicable rules for

4    today's auction.

5          In terms of the conduct of the auction today,

6    the bid procedures order and the bid procedures set

7    forth how the auction will be conducted.  The bid

8    procedures provide that they may be modified by the

9    debtor and the debtor reserves all rights to do so.  Any

10   such modifications will be announced on the record.  The

11   bid procedures order and the bidding procedures have

12   been provided to all bidders and are also publicly

13   available on the court's Web site.  The debtor will

14   assume that all bidders and other participants have

15   reviewed and understand the bid procedures.

16          As you are probably aware, no qualified bidder

17   is permitted to consult with or speak to any other

18   qualified bidder prior to the conclusion of the auction

19   or to submit a joint bid with any other bidder without

20   the express prior consent of the debtor.  This includes

21   any meetings during breakout sessions or other times

22   that we are off the record.

23          At the conclusion of the auction, the debtor

24   and its business judgment will determine, consistent

25   with the bidding procedures, which bid constitutes the

1   highest or otherwise best bid which will be announced as

2   the successful bid.

3           In addition, the debtor also may, in its

4   business judgment, determine consistent with the bidding

5   procedures which bid constitutes the next highest or

6   otherwise best offer which bid will be announced as the

7   backup bid.

8           Bids will be made openly and on the record.  We

9   will ask each bidder that wishes to make a bid to

10  describe that bid on the record by having it's

11  designated spokesperson state the terms of the bid.  By

12  way of example, bidder X places a bid for Y dollars on

13  the terms set forth in his SPA.  Of course if a bidder

14  is proposing to modify its SPA, which has been agreed

15  with each of you before the auction began this evening,

16  they should explain those proposed changes.  If a bidder

17  proposes any changes to the previously agreed documents,

18  we'll likely take a break to allow the debtor to follow

19  up, if necessary, and reach agreement on the

20  documentation itself.

21          The initial overbid increment will be a

22  $100,000.  As permitted by the bidding procedures, the

23  debtor may modify the overbid increment as the auction

24  progresses.  It is important to remember that each bid

25  submitted, including bid submitted orally on the record

1  at the auction will be irrevocable and will be binding

2  on the applicable bidder from submission of the bid

3  until the end of the auction, except for the successful

4  bid and the backup bid each of which will remain binding

5  and irrevocable until a consummation of the sale.

6         As a condition to participating in the auction,

7  each bidder has agreed to serve as the backup bidder and

8  that its bid is selected as the backup bid will remain

9  open and irrevocable until the consummation of the sale

10 in accordance with the bidding procedures.

11        Each bidder will be entitled to pass once

12 during the auction.  Any bidder that passes twice will

13 be considered to have dropped out of the auction.  If at

14 any point bidders would like to go off the record to

15 discuss any issues or consult with their professional,

16 please let us know that you would like to do so, and we

17 will take a break.  After the conclusion of the bidding

18 and after the debtor confers with its professionals and

19 special committee, we anticipate confirming on the

20 record the successful bidder and any backup bidder.

21        At the conclusion of the auction, the

22 successful bidder will be required to agree on the

23 record to immediately increasing its deposit in escrow

24 by the amount necessary to equate to 10 percent of its

25 successful bid.  In addition, at the conclusion of the

1  auction, the successful bidder and any backup bidder

2  will be required to agree on the record that they will

3  execute addenda to their respective SPA or a revised

4  form of SPA to reflect their final bids.

5          It is the debtor's intention to present the

6  successful bid for approval at the sale hearing

7  scheduled for August 4, 2025.  In accordance with the

8  bidding procedures, all of the debtor's rights,

9  including the right to modify the bidding procedures and

10  rules applicable to this option, are reserved.

11          We will require that each bidder designate a

12  single representative to speak on its behalf throughout

13  the auction to assist the court reporter and maintain a

14  clear record.  Unless the debtor has previously agreed

15  otherwise with a particular bidder, that spokesperson

16  must be physically present at the auction and not

17  participating via Zoom.  For purposes of the record, we

18  would ask each speaker to identify him or herself before

19  each time that they speak.

20          The bid procedures and auction rules provide

21  that each bidder is required to confirm on the record

22  three things.  First, it has not engaged and will not

23  engage in any collusion with respect to the bidding

24  process, including that it is not agreed with any bidder

25  or other party to control the price at which the assets

1   are sold.  Two, its bid is a good faith bona fide offer

2   that it intends to consummate in accordance with the

3   terms of such bid as modified at the auction, if its bid

4   is selected as the successful bid or backup bid.

5   Finally, it will conduct itself in accordance with and

6   be bound by the bidding procedures and rules stated on

7   the record during the auction today.  And as each bidder

8   introduces himself, I will ask you to confirm these

9   requirements.

10         The debtor receives three qualified bids.  The

11  first qualified bidder is Victor Remsha.

12         Mr. Remsha, could you please confirm who will

13  be your spokesperson today.

14         MR. REMSHA:  I just want, you know, Peter to

15  speak.

16         MR. HALEY:  Peter Haley, Nelson Mullins, and I

17  will be the spokesperson for Mr. Remsha.

18         MS. O'BRIENT:  So, Mr. Haley, on behalf of

19  Mr. Remsha, could you please confirm the three

20  requirements.

21         MR. HALEY:  Yes.  Mr. Remsha can confirm that

22  he has not colluded with any other bidders or entered

23  into any agreements with them to control the bid or the

24  bid price, that he has participated in good faith as

25  required by the terms of the bidding procedures order,

1    that his bid as modified has been submitted in

2    accordance with the terms of the bidding procedures

3    order.  He will be -- agreed to abide by the terms of

4    that order and the rules as set forth by the debtor's

5    counsel.

6              MS. O'BRIENT:  Thank you.

7              Mr. Jacobson.

8              MR. JACOBSON:  Yes.

9              MS. O'BRIENT:  You're the second qualified

10   bidder.  Could you please confirm that you'll be your

11   own spokesperson?

12             MR. JACOBSON:  I will be my own spokesperson.

13             MS. O'BRIENT:  And could you please confirm

14   your compliance with the three requirements that I've

15   previously articulated?

16             MR. JACOBSON:  I will comply with the three

17   requirements as previously articulated on the record.

18             MS. O'BRIENT:  So, specifically, you have not

19   engaged and will not engage in collusion with respect to

20   the bidding process?

21             MR. JACOBSON:  That is correct.  I will not.

22             MS. O'BRIENT:  And your bid is a good faith

23   bona fide offer that you intend to consummate in

24   accordance with it's terms --

25             MR. JACOBSON:  It is.

1           MS. O'BRIENT:  -- if you are selected as the

2    successful bidder?

3           MR. JACOBSON:  It is.

4           MS. O'BRIENT:  And, finally, you will conduct

5    yourself in accordance with the bidding procedures and

6    rules stated on the record at the auction today?

7           MR. JACOBSON:  I shall.

8           MS. O'BRIENT:  Thank you.

9           Mr. Colon, could you please identify your

10   spokesperson.

11          MR. COLON:  I will be my own spokesperson.

12          MS. O'BRIENT:  And could you please confirm

13   your compliance with the three requirements.

14          MR. COLON:  I will comply with the three

15   requirements.

16          MS. O'BRIENT:  Specifically --

17          MR. COLON:  Specifically --

18          MS. O'BRIENT:  -- you have not engaged and will

19   not engage in any collusion with respect to the bidding

20   process?

21          MR. COLON:  That's correct.

22          MS. O'BRIENT:  That your bid is a bona fide

23   good faith offer that you intend to consummate in

24   accordance with its terms if selected?

25          MR. COLON:  That's correct.

1      MS. O'BRIENT:  And, thirdly, you will conduct

2   yourself in accordance with and be bound by the bidding

3   procedures and the rules stated on the record during the

4   auction today?

5      MR. COLON:  I will.

6      MS. O'BRIENT:  Great.  With that we are finally

7   ready to commence the bidding.

8      MR. COLON:  All right.

9      MS. O'BRIENT:  There is no stalking horse or

10  bid protections applicable to any of the qualified bids,

11  except as previously discussed with bidders where the

12  debtor has determined that the SPA, other than the

13  purchase price, are substantially similar.

14      The debtor has determined, in its business

15  judgment, that the bid submitted by Mr. Remsha in the

16  nominal amount of $4 million is the initial best bid for

17  purposes of the auction, and this will be the opening

18  bid at the auction today.  Based on various factors

19  surrounding execution risks and form of agreements the

20  debtor discussed with Mr. Remsha and his counsel, both

21  prior to the auction and today at the auction, the

22  debtor ascribes a value of $3,150,000 to Mr. Remsha's

23  bid.

24      So before we begin bidding, I would like to

25  confirm that all bidders were prepared to proceed.

1    Could each bidder, through his spokesperson, please

2    confirm.

3            MR. HALEY:  Peter Haley for Mr. Remsha.  We

4    will confirm that we're prepared to proceed.  We'll note

5    simply, for purposes of the record, our disagreement

6    with the diminution of the nominal bid amount.

7            MS. O'BRIENT:  Mr. Jacobson, are you ready to

8    proceed?

9            MR. JACOBSON:  I am ready to proceed.

10            MS. O'BRIENT:  Mr. Colon?

11            MR. COLON:  I'm ready to proceed.

12            MS. O'BRIENT:  So based on the debtor valuation

13    of the opening bid and the minimum overbid increment, in

14    order for the auction to proceed, another bidder must be

15    prepared to make an overbid of at least $3,250,000.

16            Mr. Jacobson and Mr. Colon, are you prepared to

17    make an overbid?  If so, please identify yourself and

18    state the amount of your bid.

19            MR. JACOBSON:  I am.  I'll bid $3,250,000.

20            MS. O'BRIENT:  So Mr. Jacobson has made an

21    overbid of $3,250,000.

22            Mr. Colon, are you prepared to make an overbid?

23            MR. COLON:  His bid is 4 million though;

24    correct?

25            MS. O'BRIENT:  His bid is 4 million but the

1   debtor is ascribing a nominal value to it for --

2          MR. COLON:  Okay.

3          MS. O'BRIENT:  -- purposes of comparison to the

4   other bids.

5          MR. COLON:  Okay.

6          MS. O'BRIENT:  Based on --

7          MR. COLON:  Sorry.  I am prepared to make a

8   bid.  $3.5 million.

9          MS. O'BRIENT:  $3.5 million.

10         Okay.  So the current highest or otherwise best

11  bid is that of Mr. Colon in the amount of $3,500,000.

12         Mr. Remsha, would you like to make an overbid?

13         MR. HALEY:  I'm going to take just a moment to

14  confer with Mr. Remsha.

15         MS. O'BRIENT:  Okay.  We'll go off the record.

16         (Recess from 6:51 p.m. to 6:55 p.m.)

17         MS. O'BRIENT:  We are back on the record.  It

18  is now 6:55 p.m., Pacific time.

19         So before we went off the record, we announced

20  that the current highest and best bid was submitted by

21  Mr. Colon in the amount of $3.5 million, and the bid was

22  to Mr. Remsha.

23         MR. HALEY:  Mr. Remsha's understanding is that

24  the appropriate overbid for him, given the debtor's

25  decision to subtract $850,000 from his bid, would be

1    $4,550,000 which the debtor will construe as a

2    $3,700,000 bid.

3           MS. O'BRIENT:  Let's go off the record.

4           MR. HALEY:  Sure.

5           (A discussion was held off the record.)

6           MS. O'BRIENT:  We are back on the record.

7           MR. HALEY:  Mr. Remsha bids $4,450,000.

8           MS. O'BRIENT:  Thank you for your bid.

9           Based on the previously announced discount

10   based on the terms of Mr. Remsha's offer and other

11   related considerations, the debtor ascribes a value of

12   $3.6 million to Mr. Remsha's bid.

13          Mr. Jacobson, would you like to make an

14   overbid?

15          MR. JACOBSON:  I'll pass for now.

16          MS. O'BRIENT:  Thank you.

17          Mr. Colon, would you like to make an overbid?

18          MR. COLON:  Can I have two minutes to confer

19   with my team, please.

20          MS. O'BRIENT:  Yes.  Off the record.

21          (Recess from 6:56 p.m. to 6:58 p.m.)

22          MS. O'BRIENT:  We are back on the record.  The

23   time is now 6:58 p.m.

24          Before we went off the record, Mr. Remsha had

25   submitted a bid in the nominal amount of $4,450,000 to

1   which the debtor ascribed a value of $3.6 million.

2           Mr. Colon, would you like to submit an overbid?

3           MR. COLON:  Yeah, Christian Colon, I'd like to

4   bid $3.7 million.

5           MS. O'BRIENT:  The current highest bid is from

6   Mr. Colon in the amount of $3.7 million.

7           Mr. Remsha, would you like to submit an

8   overbid?

9           MR. REMSHA:  What will be next?

10          MS. O'BRIENT:  The overbid would be in the

11  amount of $3.8 million, which would be a bid in the

12  amount of $4,650,000 --

13          MR. REMSHA:  Yeah.  We can do that.

14          MR. HALEY:  Mr. Remsha bids $4,650,000.

15          MS. O'BRIENT:  Mr. Jacobson, would you like to

16  submit an overbid?

17          MR. JACOBSON:  No.  I'm going to pass.

18          MS. O'BRIENT:  Okay.  As that is Mr. Jacobson's

19  second pass, based on the rules articulated previously,

20  Mr. Jacobson will no longer be participating in this

21  evening's auction.

22          So, Mr. Colon, the current high bid is from

23  Mr. Remsha in the real amount of $3.8 million.

24          Would you like to submit an overbid?

25          MR. COLON:  I would like to submit a bid of

1    3.9 million.

2           MS. O'BRIENT:  So the bid is now to Mr. Remsha.

3           MR. REMSHA:  What's next?

4           MS. O'BRIENT:  The bid amount would be

5    $4,850,000.

6           MR. REMSHA:  Yes, I agree.

7           MR. HALEY:  Peter Haley for Victor Remsha.

8    Mr. Remsha bids 4,850,000.

9           MS. O'BRIENT:  So based on the previously

10   articulated analysis, the debtor will ascribe a real

11   value of $4 million to Mr. Remsha's most recent bid.

12          Mr. Colon, would you like to submit an overbid?

13          MR. COLON:  I would like to submit an overbid

14   for 4.1 million.

15          MR. REMSHA:  Okay.  So what will be next?

16          MS. O'BRIENT:  We're going to go off the record

17   for just for a second.

18          (A discussion was held off the record.)

19          MS. O'BRIENT:  We are going back on the record.

20          Before we went off the record, Mr. Colon

21   submitted a bid in the amount of 4,100,000.

22          Mr. Remsha, would you like to submit an

23   overbid?

24          MR. HALEY:  Peter Haley for Victor Remsha.

25   Mr. Remsha bids $5,050,000.

1          MS. O'BRIENT:  Okay.  Mr. Remsha has submitted

2     a bid for $5,050,000 to which the debtor ascribes a

3     value of $4.2 million.

4          Mr. Colon, would you like to submit an overbid?

5          MR. COLON:  I would like to submit a overbid

6     for $4.3 million.

7          MS. O'BRIENT:  Mr. Colon has submitted a bid

8     for $4.3 million.

9          Mr. Remsha, would you like to submit an

10    overbid?

11         MR. HALEY:  Peter Haley for Victor Remsha.

12    Mr. Remsha bids $5,250,000.

13         MS. O'BRIENT:  Okay.  Mr. Remsha has submitted

14    a bid for $5,250,000 to which the debtor ascribes a

15    nominal value of $4.4 million.

16         Mr. Colon, would you like to submit an overbid?

17         MR. COLON:  I would like to submit an overbid

18    for $4.5 million.

19         MS. O'BRIENT:  Mr. Remsha, Mr. Colon has

20    submitted a bid for $4.5 million.

21         Would you like to submit an overbid?

22         MR. HALEY:  We're going to take a short break

23    and go off the record.

24         MS. O'BRIENT:  Let's go off the record.

25         (Recess from 7:02 p.m. to 7:04 p.m.)

1          MS. O'BRIENT:  Okay.  We are back on the

2     record.  It is now 7:04 p.m.

3          Before we went off the record, Mr. Colon had

4     submitted a bid for $4.5 million.

5          Mr. Remsha, would you like to submit an

6     overbid?

7          MR. HALEY:  Yes.  Peter Haley for Victor

8     Remsha.  Mr. Remsha bids $5,450,000.

9          MS. O'BRIENT:  Mr. Remsha has submitted a bid

10    of $5,450,000 to which the debtor ascribes a value of

11    $4.6 million.

12         Mr. Colon, would you like to submit an overbid?

13         MR. COLON:  No.  So I just pass?  Yes.

14    Pass.  Yeah.

15         MS. O'BRIENT:  So given that we were down to

16    two bidders at the time that Mr. Colon passed, at this

17    time we're going to go off the record so that the

18    debtor's representatives can discuss the status of the

19    bidding amongst themselves.  I anticipate we will come

20    back on the record in ten minutes.

21         (Recess from 7:05 p.m. to 7:39 p.m.)

22         MS. O'BRIENT:  It is 7:39 p.m.  We are back on

23    the record.

24         Before we went off the record, we had a pending

25    bid from Mr. Remsha of $5,450,000 to which the debtor

1   ascribed a value of $4.6 million.  And Mr. Colon

2   announced that he was not willing to continue bidding.

3           The debtor and its representatives have

4   discussed the bidding internally.  The debtor, in its

5   business judgment and accordance with the bidding

6   procedures, has determined Mr. Remsha's bid in the

7   amount of $5,450,000 should be deemed the successful bid

8   and Mr. Colon's bid in the amount of $4.5 million should

9   be deemed the backup bid.

10          As the debtor and its representatives have

11   conferred with Mr. Remsha, and in addition to the

12   monetary consideration discussed, Mr. Remsha will

13   provide a transition services agreement subject to

14   mutually agreed documentation that has been discussed

15   with Mr. Remsha at no cost to the debtor to the extent

16   that the services do not impose unreasonable demands

17   upon the bank or Mr. Remsha.

18          In addition, Mr. Remsha has agreed to offer to

19   provide the debtor with a DIP in the amount of $500,000

20   subject to agreed additional $500,000 upon showing of

21   need acceptable to Mr. Remsha.  There will be no fees

22   associated with the DIP.  The DIP will bear interest at

23   the rate of 5 percent per annum.  In the event that

24   Mr. Remsha does not close his purchase of the debtor's

25   assets, the DIP will be secured by a lien on the shares

1   owned by the debtor and the bank and can be credited

2   against the purchase price offered by Mr. Remsha.

3            Mr. Haley, could you please confirm the terms

4   with respect to the TSA and the DIP?

5            MR. HALEY:  Yes.  Peter Haley for Victor

6   Remsha.  Counsel has stated the terms agreed to.

7            We've also agreed both in connection with the

8   TSA, which we anticipate will become an exhibit to the

9   share purchase agreement and be approved by the proposed

10  sale order.  And with respect to the -- any DIP that the

11  debtor may request, that that also will be subject to a

12  final order in a form acceptable to the debtor and the

13  lender.

14           MS. O'BRIENT:  Thank you.  Mr. Remsha will be

15  required to increase his deposit to the amount of

16  $545,000 by July 30, 2025.

17           Mr. Remsha, please confirm for purposes of the

18  record that you will deposit this additional amount in

19  escrow by July 30th.

20           MR. HALEY:  Peter Haley for Victor Remsha.

21  Mr. Remsha confirms he's prepared to make that deposit.

22           MS. O'BRIENT:  In addition, Mr. Remsha will be

23  required to execute a revised SPA reflecting the amount

24  in terms of its successful bid as well as the other

25  provisions we negotiated in person via e-mail today.

1   And Mr. Colon will be required to execute a revised SPA

2   reflecting the amount in terms of the backup bid, again,

3   with respect to the amount and the terms that we

4   discussed, by e-mail end of today.

5           In light of the various filing deadlines

6   related to the sale hearing, those revised SPAs must be

7   executed by the successful bidder and the backup bidder

8   by noon Mountain Time on July 31, 2025.

9           Mr. Remsha, can you please confirm your

10   agreement to execute a revised SPA by that deadline?

11           MR. HALEY:  Peter Haley for Victor Remsha.

12   Mr. Remsha confirms he's prepared to execute a revised

13   shared purchase agreement by July 31st at noon Mountain

14   Time.

15           MS. O'BRIENT:  And, Mr. Colon, can you please

16   confirm --

17           MR. COLON:  Christian Colon.  I confirm.

18           MS. O'BRIENT:  Thank you.

19           That will conclude the auction.  We are off the

20   record.

21           (Whereupon, at 7:44 p.m., the proceedings

22           adjourned.)

23

24

25

**Bidding Procedures**                                          **In re: Mode Eleven Bancorp**

1                       REPORTER'S CERTIFICATE

2

3          I, SUSAN MYONG, Certified Shorthand Reporter

4    No. 13365 in and for the State of California, do hereby

5    certify:

6          That, prior to being examined, the witness

7    named in the foregoing proceedings was placed under oath

8    to testify to the truth;

9          That said proceedings was taken down by me in

10   shorthand at the time and place therein named and

11   thereafter reduced to typewriting through computer-aided

12   transcription;

13         That said proceedings is a true, correct, and

14   complete transcript of said proceedings taken to the

15   best of my ability.

16         I further certify that I am not interested in

17   the event of the action.

18         The dismantling, unsealing, or unbinding of the

19   original transcript will render the Reporter's

20   Certificate null and void.

21         WITNESS MY HAND this 30th day of July, 2025.

22

23                                   _____

24                                   SUSAN MYONG, CSR No. 13365

25

**Page 26**

**Bidding Procedures**

In re: Mode Eleven Bancorp

### $

**$100,000** 9:22

**$3,150,000** 15:22

**$3,250,000** 16:15,19, 21

**$3,500,000** 17:11

**$3,700,000** 18:2

**$3.5** 17:8,9,21

**$3.6** 18:12 19:1

**$3.7** 19:4,6

**$3.8** 19:11,23

**$4** 15:16 20:11

**$4,450,000** 18:7,25

**$4,550,000** 18:1

**$4,650,000** 19:12,14

**$4,850,000** 20:5

**$4.2** 21:3

**$4.3** 21:6,8

**$4.4** 21:15

**$4.5** 21:18,20 22:4 23:8

**$4.6** 22:11 23:1

**$5,050,000** 20:25 21:2

**$5,250,000** 21:12,14

**$5,450,000** 22:8,10, 25 23:7

**$500,000** 23:19,20

**$545,000** 24:16

**$850,000** 17:25

### 1

**10** 5:19 10:24

### 2

**2025** 5:1,19 11:7 24:16 25:8

**25-20240** 5:9

**28** 5:1

### 3

**3.9** 20:1

**30** 24:16

**307** 7:5

**30th** 24:19

**31** 25:8

**31st** 25:13

### 4

**4** 11:7 16:23,25

**4,100,000** 20:21

**4,850,000** 20:8

**4.1** 20:14

### 5

**5** 23:23

### 6

**6:36** 5:2

**6:51** 17:16

**6:55** 17:16,18

**6:56** 18:21

**6:58** 18:21,23

### 7

**7:02** 21:25

**7:04** 21:25 22:2

**7:05** 22:21

**7:39** 22:21,22

**7:44** 5:2 25:21

### 8

**83** 5:19

### A

**abide** 13:3

**Abigail** 5:6

**acceptable** 23:21 24:12

**addenda** 11:3

**addition** 9:3 10:25 23:11,18 24:22

**additional** 23:20 24:18

**adjourned** 25:22

**advisor** 7:25

**Advisors** 7:23

**agree** 10:22 11:2 20:6

**agreed** 9:14,17 10:7 11:14,24 13:3 23:14, 18,20 24:6,7

**agreement** 9:19 23:13 24:9 25:10,13

**agreements** 12:23 15:19

**allow** 9:18

**amount** 10:24 15:16

16:6,18 17:11,21 18:25 19:6,11,12,23 20:4,21 23:7,8,19 24:15,18,23 25:2,3

**analysis** 20:10

**Andrew** 7:25

**Angela** 6:18

**Angeles** 5:1

**Angelovska-wilson** 6:18,19

**announced** 8:10 9:1, 6 17:19 18:9 23:2

**annum** 23:23

**anticipate** 10:19 22:19 24:8

**applicable** 8:3 10:2 11:10 15:10

**appropriate** 17:24

**approval** 11:6

**approved** 5:18 24:9

**arrangements** 6:3

**articulated** 13:15,17 19:19 20:10

**ascribe** 20:10

**ascribed** 19:1 23:1

**ascribes** 15:22 18:11 21:2,14 22:10

**ascribing** 17:1

**assets** 5:15 11:25 23:25

**assist** 11:13

**associated** 23:22

**assume** 8:14

**attendees** 7:18

**attending** 6:14 7:18

Index: $100,000–attending

**Bidding Procedures**

In re: Mode Eleven Bancorp

**auction** 5:11,15,16,21 8:4,5,7,18,23 9:15, 23 10:1,3,6,12,13,21 11:1,13,16,20 12:3,7 14:6 15:4,17,18,21 16:14 19:21 25:19

**August** 11:7

**available** 8:13

**aware** 8:16

---

**B**

---

**back** 7:17 17:17 18:6, 22 20:19 22:1,20,22

**backup** 9:7 10:4,7,8, 20 11:1 12:4 23:9 25:2,7

**Bancorp** 5:8,12

**bank** 23:17 24:1

**bankruptcy** 5:10,13, 16

**based** 15:18 16:12 17:6 18:9,10 19:19 20:9

**bear** 23:22

**began** 9:15

**behalf** 6:15 7:18 11:12 12:18

**Benjenk** 6:23

**best** 9:1,6 15:16 17:10,20

**bid** 8:6,7,11,15,19,25 9:1,2,5,6,7,9,10,11, 12,24,25 10:2,4,8,25 11:6,20 12:1,3,4,23, 24 13:1,22 14:22 15:10,15,16,18,23 16:6,13,18,19,23,25 17:8,11,20,21,25

18:2,8,12,25 19:4,5, 11,22,25 20:2,4,11, 21 21:2,7,14,20 22:4,9,25 23:6,7,8,9 24:24 25:2

**bidder** 7:10,11,16 8:16,18,19 9:9,12, 13,16 10:2,7,11,12, 20,22 11:1,11,15,21, 24 12:7,11 13:10 14:2 16:1,14 25:7

**bidders** 7:19 8:12,14 10:14 12:22 15:11, 25 22:16

**bidding** 5:18 8:3,11, 25 9:4,22 10:10,17 11:8,9,23 12:6,25 13:2,20 14:5,19 15:2,7,24 22:19 23:2,4,5

**bids** 9:8 11:4 12:10 15:10 17:4 18:7 19:14 20:8,25 21:12 22:8

**binding** 10:1,4

**board** 6:19

**bona** 12:1 13:23 14:22

**bound** 12:6 15:2

**Brad** 7:3,4

**break** 9:18 10:17 21:22

**breakout** 5:24,25 8:21

**business** 8:24 9:4 15:14 23:5

---

**C**

---

**California** 5:1

**captioned** 5:8

**case** 5:8,9,13,14,16

**CEO** 6:17

**chairman** 6:19

**changes** 9:16,17

**Charlotte** 6:24

**chief** 6:20

**Christian** 7:16 19:3 25:17

**clear** 11:14

**close** 23:24

**colleagues** 6:21

**colluded** 12:22

**collusion** 11:23 13:19 14:19

**Colon** 7:15,16,21,23 14:9,11,14,17,21,25 15:5,8 16:10,11,16, 22,23 17:2,5,7,11,21 18:17,18 19:2,3,6, 22,25 20:12,13,20 21:4,5,7,16,17,19 22:3,12,13,16 23:1 25:1,15,17

**Colon's** 23:8

**come** 22:19

**commence** 15:7

**committee** 10:19

**comparison** 17:3

**compliance** 13:14 14:13

**comply** 13:16 14:14

**conclude** 25:19

**conclusion** 8:18,23 10:17,21,25

**condition** 10:6

**conduct** 8:5 12:5 14:4 15:1

**conducted** 5:17 8:7

**confer** 17:14 18:18

**conferred** 23:11

**confers** 10:18

**confirm** 11:21 12:8, 12,19,21 13:10,13 14:12 15:25 16:2,4 24:3,17 25:9,16,17

**confirming** 10:19

**confirms** 24:21 25:12

**connection** 5:16 24:7

**consent** 8:20

**consideration** 23:12

**considerations** 18:11

**considered** 10:13

**consistent** 8:24 9:4

**constitutes** 8:25 9:5

**construe** 18:1

**consult** 8:17 10:15

**consummate** 12:2 13:23 14:23

**consummation** 10:5, 9

**continue** 23:2

**control** 11:25 12:23

**conversations** 5:23, 25 6:1

**copy** 5:22 6:2

**correct** 13:21 14:21, 25 16:24

**cost** 23:15

**counsel** 5:7 7:4,13,14 13:5 15:20 24:6

**Bidding Procedures**                                                    In re: Mode Eleven Bancorp

course  9:13

court  5:10,19,21 6:3
11:13

court's  8:13

Covington  6:22,23,
24,25 7:1,2

credited  24:1

current  17:10,20
19:5,22

—————

**D**

day  5:5

deadline  25:10

deadlines  25:5

debtor  5:7,12,22 6:6,
11,15 8:9,13,20,23
9:3,18,23 10:18
11:14 12:10 15:12,
14,20,22 16:12 17:1
18:1,11 19:1 20:10
21:2,14 22:10,25
23:3,4,10,15,19
24:1,11,12

debtor's  5:15 11:5,8
13:4 17:24 22:18
23:24

decision  17:25

deemed  23:7,9

demands  23:16

deposit  10:23 24:15,
18,21

describe  9:10

designate  11:11

designated  9:11

determine  8:24 9:4

determined  15:12,14
23:6

diminution  16:6

DIP  23:19,22,25 24:4,
10

director  6:12

disagreement  16:5

discount  18:9

discuss  10:15 22:18

discussed  15:11,20
23:4,12,14 25:4

discussion  18:5
20:18

district  5:10

docket  5:19

documentation  9:20
23:14

documents  9:17

dollars  9:12

dropped  10:13

—————

**E**

e-mail  24:25 25:4

Ed  7:22

Eleven  5:7,8,12

engage  11:23 13:19
14:19

engaged  11:22 13:19
14:18

Enright  6:12

entered  12:22

entitled  10:11

equate  10:24

Ersalesi  6:20

escrow  10:23 24:19

Ethan  7:2

evening  9:15

evening's  19:21

event  23:23

everybody  7:24

example  9:12

execute  11:3 24:23
25:1,10,12

executed  25:7

execution  15:19

exhibit  24:8

explain  9:16

express  8:20

extent  23:15

—————

**F**

factors  15:18

faith  12:1,24 13:22
14:23

fees  23:21

fide  12:1 13:23 14:22

filing  25:5

final  11:4 24:12

finally  12:5 14:4 15:6

first  11:22 12:11

follow  9:18

form  11:4 15:19
24:12

forth  8:7 9:13 13:4

further  5:25

—————

**G**

general  5:20

given  17:24 22:15

go  6:7 7:6 8:2 10:14
17:15 18:3 20:16
21:23,24 22:17

going  6:5 7:17 17:13
19:17 20:16,19
21:22 22:17

good  12:1,24 13:22
14:23

Great  15:6

Greg  7:9

Group  6:13

—————

**H**

Haley  7:12 12:16,18,
21 16:3 17:13,23
18:4,7 19:14 20:7,24
21:11,22 22:7 24:3,
5,20 25:11

Hanigman  7:20

hearing  11:6 25:6

held  18:5 20:18

Hello  7:24

high  19:22

highest  9:1,5 17:10,
20 19:5

Honigman  7:14

horse  15:9

Hovde  6:13

Hunsicker  7:4

—————

**I**

identified  5:14

identify  6:8 7:7 11:18
14:9 16:17

immediately  10:23

**important** 9:24

**impose** 23:16

**includes** 8:20

**including** 9:25 11:9, 24

**increase** 24:15

**increasing** 10:23

**increment** 9:21,23 16:13

**initial** 9:21 15:16

**intend** 13:23 14:23

**intends** 12:2

**intention** 11:5

**interest** 23:22

**internally** 23:4

**introduce** 6:6

**introduces** 12:8

**irrevocable** 10:1,5,9

**issues** 10:15

---

**J**

**Jacobson** 7:7,9 13:7, 8,12,16,21,25 14:3,7 16:7,9,16,19,20 18:13,15 19:15,17, 20

**Jacobson's** 19:18

**Jeff** 7:14

**Jeffrey** 7:1

**Jodi** 6:20

**John** 6:17

**joint** 8:19

**judgment** 8:24 9:4 15:15 23:5

**July** 5:1,19 24:16,19 25:8,13

---

**K**

**Karen** 6:22

**key** 8:2

**Kitei** 7:20

**know** 5:6 10:16 12:14

**Kovalev** 7:24,25

**Kuras** 7:14

---

**L**

**leaving** 6:4

**lender** 24:13

**let's** 7:6 18:3 21:24

**lien** 23:25

**light** 25:5

**LLP** 7:14

**local** 7:4

**long** 5:5

**longer** 19:20

**Los** 5:1

**Luther** 7:1

---

**M**

**maintain** 11:13

**managing** 6:12

**may** 5:11,12 6:24 8:8 9:3,23 24:11

**meetings** 8:21

**member** 6:19

**Miller** 6:17

**million** 15:16 16:23, 25 17:8,9,21 18:12 19:1,4,6,11,23 20:1, 11,14 21:3,6,8,15, 18,20 22:4,11 23:1,8

**minimum** 16:13

**minutes** 18:18 22:20

**Mode** 5:7,8,12

**modifications** 8:10

**modified** 8:8 12:3 13:1

**modify** 9:14,23 11:9

**moment** 17:13

**Monday** 5:1

**monetary** 23:12

**Mountain** 25:8,13

**Mullins** 7:12 12:16

**mutually** 23:14

---

**N**

**name** 6:16 7:19,24

**necessary** 9:19 10:24

**need** 23:21

**negotiated** 24:25

**Nelson** 7:12 12:16

**nominal** 15:16 16:6 17:1 18:25 21:15

**noon** 25:8,13

**note** 16:4

**number** 5:9,23 7:5

---

**O**

**O'BRIENT** 5:4,6 6:14, 21 7:3,17 8:1 12:18

**13:**6,9,13,18,22 14:1,4,8,12,16,18,22 15:1,6,9 16:7,10,12, 20,25 17:3,6,9,15,17 18:3,6,8,16,20,22 19:5,10,15,18 20:2, 4,9,16,19 21:1,7,13, 19,24 22:1,9,15,22 24:14,22 25:15,18

**obtain** 6:2

**offer** 9:6 12:1 13:23 14:23 18:10 23:18

**offered** 24:2

**Okay** 17:2,5,10,15 19:18 20:15 21:1,13 22:1

**Olejniczak** 7:22

**Olivia** 6:25

**once** 10:11

**open** 10:9

**opening** 15:17 16:13

**openly** 9:8

**option** 11:10

**orally** 9:25

**order** 8:6,11 12:25 13:3,4 16:14 24:10, 12

**original** 5:22

**overbid** 9:21,23 16:13,15,17,21,22 17:12,24 18:14,17 19:2,8,10,16,24 20:12,13,23 21:4,5, 10,16,17,21 22:6,12

**owned** 24:1

---

**P**

**p.m.** 5:2 17:16,18

**Bidding Procedures**                                    In re: Mode Eleven Bancorp

18:21,23 21:25 22:2,
21,22 25:21

**Pacific** 17:18

**participant** 6:2

**participants** 6:8,14
8:14

**participated** 12:24

**participating** 10:6
11:17 19:20

**particular** 11:15

**party** 11:25

**pass** 10:11 18:15
19:17,19 22:13,14

**passed** 22:16

**passes** 10:12

**patience** 5:5

**pending** 5:9 22:24

**percent** 10:24 23:23

**permitted** 8:17 9:22

**person** 24:25

**Peter** 7:12 12:14,16
16:3 20:7,24 21:11
22:7 24:5,20 25:11

**physically** 6:11 11:16

**place** 5:17

**places** 9:12

**please** 6:3,15 7:7,19
10:16 12:12,19
13:10,13 14:9,12
16:1,17 18:19 24:3,
17 25:9,15

**point** 10:14

**possession** 5:7

**prepared** 15:25 16:4,
15,16,22 17:7 24:21
25:12

**present** 6:11 11:5,16

**president** 6:17

**previously** 9:17
11:14 13:15,17
15:11 18:9 19:19
20:9

**price** 11:25 12:24
15:13 24:2

**prior** 8:18,20 15:21

**probably** 8:16

**procedures** 5:18 8:3,
6,8,11,15,25 9:5,22
10:10 11:8,9,20
12:6,25 13:2 14:5
15:3 23:6

**proceed** 15:25 16:4,
8,9,11,14

**proceedings** 5:20
25:21

**process** 11:24 13:20
14:20

**professional** 10:15

**professionals** 10:18

**progresses** 9:24

**proposed** 9:16 24:9

**proposes** 9:17

**proposing** 9:14

**protections** 15:10

**provide** 8:8 11:20
23:13,19

**provided** 8:12

**provisions** 24:25

**publicly** 8:12

**purchase** 15:13
23:24 24:2,9 25:13

**purposes** 11:17
15:17 16:5 17:3

24:17

**pursuant** 5:17

_____

**Q**

**qualified** 8:16,18
12:10,11 13:9 15:10

_____

**R**

**Randy** 6:23

**rate** 23:23

**reach** 9:19

**ready** 15:7 16:7,9,11

**real** 19:23 20:10

**receives** 12:10

**recess** 17:16 18:21
21:25 22:21

**record** 8:10,22 9:8,
10,25 10:14,20,23
11:2,14,17,21 12:7
13:17 14:6 15:3 16:5
17:15,17,19 18:3,5,
6,20,22,24 20:16,18,
19,20 21:23,24 22:2,
3,17,20,23,24 24:18
25:20

**refer** 5:11,13

**refers** 5:12

**reflect** 11:4

**reflecting** 24:23 25:2

**related** 18:11 25:6

**remain** 10:4,8

**remember** 9:24

**Remsha** 7:11,13,25
12:11,12,14,17,19,
21 15:15,20 16:3
17:12,14,22 18:7,24

19:7,9,13,14,23
20:2,3,6,7,8,15,22,
24,25 21:1,9,11,12,
13,19 22:5,8,9,25
23:11,12,15,17,18,
21,24 24:2,6,14,17,
20,21,22 25:9,11,12

**Remsha's** 15:22
17:23 18:10,12
20:11 23:6

**reporter** 5:21 6:4
11:13

**representative** 11:12

**representatives** 6:6,
10 22:18 23:3,10

**representing** 7:21,23

**request** 24:11

**require** 11:11

**required** 10:22 11:2,
21 12:25 24:15,23
25:1

**requirements** 12:9,20
13:14,17 14:13,15

**reserved** 11:10

**reserves** 8:9

**respect** 11:23 13:19
14:19 24:4,10 25:3

**respective** 11:3

**retain** 5:22

**reviewed** 8:15

**revised** 11:3 24:23
25:1,6,10,12

**right** 11:9 15:8

**rights** 8:9 11:8

**risks** 15:19

**role** 6:9,16 7:8,19

**rooms** 5:24,25

**Bidding Procedures**                                                    **In re: Mode Eleven Bancorp**

**rules** 8:3 11:10,20
12:6 13:4 14:6 15:3
19:19

---

**S**

**sale** 10:5,9 11:6
24:10 25:6

**scheduled** 11:7

**Scott** 7:20

**Sean** 6:12

**second** 13:9 19:19
20:17

**secured** 23:25

**see** 7:4

**selected** 10:8 12:4
14:1,24

**serve** 10:7

**services** 23:13,16

**session** 5:20

**sessions** 8:21

**set** 8:6 9:13 13:4

**share** 24:9

**shared** 25:13

**shares** 23:25

**short** 21:22

**showing** 23:20

**similar** 15:13

**simply** 16:5

**single** 11:12

**site** 8:13

**sold** 12:1

**Solomon** 6:22

**Sorry** 17:7

**SPA** 9:13,14 11:3,4
15:12 24:23 25:1,10

**SPAS** 25:6

**speak** 8:17 11:12,19
12:15

**speaker** 11:18

**special** 10:19

**specifically** 13:18
14:16,17

**spokesperson** 9:11
11:15 12:13,17
13:11,12 14:10,11
16:1

**staff** 6:20

**stalking** 15:9

**start** 6:5,10 7:7

**state** 6:16 7:19 9:11
16:18

**stated** 12:6 14:6 15:3
24:6

**States** 5:9

**status** 22:18

**subject** 23:13,20
24:11

**submission** 10:2

**submit** 8:19 19:2,7,
16,24,25 20:12,13,
22 21:4,5,9,16,17,21
22:5,12

**submitted** 9:25 13:1
15:15 17:20 18:25
20:21 21:1,7,13,20
22:4,9

**substantially** 15:13

**subtract** 17:25

**successful** 9:2 10:3,
20,22,25 11:1,6 12:4

14:2 23:7 24:24 25:7

**Sure** 18:4

**surrounding** 15:19

---

**T**

**table** 6:7 7:6

**take** 9:18 10:17 17:13
21:22

**team** 18:19

**ten** 22:20

**terms** 8:2,5 9:11,13
12:3,25 13:2,3,24
14:24 18:10 24:3,6,
24 25:2,3

**Thank** 5:4 8:1 13:6
14:8 18:8,16 24:14
25:18

**things** 11:22

**thirdly** 15:1

**three** 11:22 12:10,19
13:14,16 14:13,14

**time** 8:2 11:19 17:18
18:23 22:16,17 25:8,
14

**times** 8:21

**today** 5:24 6:4 8:5
12:7,13 14:6 15:4,
18,21 24:25 25:4

**today's** 5:11 8:4

**transcribed** 5:21,24
6:1

**transcript** 5:23 6:3

**transition** 23:13

**TSA** 24:4,8

**twice** 10:12

**two** 12:1 18:18 22:16

---

**U**

**understand** 8:15

**understanding** 17:23

**United** 5:9

**unreasonable** 23:16

---

**V**

**valuation** 16:12

**value** 15:22 17:1
18:11 19:1 20:11
21:3,15 22:10 23:1

**various** 15:18 25:5

**Victor** 7:11,25 12:11
20:7,24 21:11 22:7
24:5,20 25:11

---

**W**

**want** 12:14

**way** 9:12

**we'll** 7:6 9:18 16:4
17:15

**we're** 6:5 16:4 20:16
21:22 22:17

**We've** 24:7

**Web** 8:13

**went** 17:19 18:24
20:20 22:3,24

**White** 7:2

**willing** 23:2

**wishes** 9:9

**Wyoming** 5:10

**Bidding Procedures**                                    **In re: Mode Eleven Bancorp**

### X

**Xie**  6:25

### Y

**Yeah**  19:3,13 22:14

### Z

**Zoom**  6:15 7:5,17,18
    11:17

**www.aptusCR.com**