# **EXHIBIT 10**

**Announcement of Summit National Bank Regarding the Proposed Sale,
Posted to the Summit National Bank Website on July 31, 2025**



Dear Valued Customer:

As previously shared with you in an announcement posted to this website, on June 9, 2025, Mode Eleven Bancorp, which wholly owns Summit National Bank, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court in Wyoming.

On July 11, 2025, the Bankruptcy Court entered an order establishing procedures governing the sale of Mode Eleven Bancorp's assets including the Bank. Pursuant to these court-approved procedures, on July 28, 2025, an auction of Mode Eleven Bancorp's assets was held.  At the conclusion of the auction, Mode Eleven Bancorp determined that Victor Remsha had submitted the highest and best bid, and that Christian Colon had submitted the second highest and best bid.  A hearing to approve the sale of Mode Eleven Bancorp's assets to Mr. Remsha will be held on August 4, 2025 at 10:00 a.m. at the Bankruptcy Court in Cheyenne. Copies of documents related to the sale are available upon email request to Ethan White, Esq. (ewhite@cov.com).

In the event the Bankruptcy Court approves the sale, and as provided in the purchase agreement between Mr. Remsha and Mode Eleven Bancorp, Mr. Remsha is required to apply to the Office of the Comptroller of the Currency, which regulates the Bank, for approval to own the Bank. While the application process is going on, the Bank continues to operate in the ordinary course, and our staff will continue to service all of your banking needs by honoring your deposits, processing and collecting on your loans, and paying your checks, wires, and ACH transfers.  The Bank is not in liquidation or receivership and continues to have the ability to conduct business as it did before the auction.

We also remind you that we remain a Member FDIC.  For more information about how FDIC insurance works please see https://www.fdic.gov/resources/deposit-insurance.

We appreciate your loyalty and are excited to continue to serve the needs of our customers in Hulett, Wyoming, Ekalaka, Montana, and Salmon, Idaho.

_____

PO Box 98, 133 Main Street, Hulett, Wyoming 82720

# SUMMIT NATIONAL BANK

Dear Valued Customer:

Mode Eleven Bancorp, the parent holding company of Summit National Bank, filed a voluntary bankruptcy petition in the U.S. Bankruptcy Court for the District of Wyoming on June 9, 2025.

Mode Eleven's bankruptcy filing will not impact your relationship with the Bank. The Bank continues to operate in the ordinary course and our staff will continue to service all your banking needs by honoring your deposits, processing and collecting on your loans, and paying your checks, wires and ACH transfers. The Bank is not in liquidation or receivership, and its ability to conduct business is not impacted by Mode Eleven's filing.

We also remind you that we remain a Member FDIC. For more about how FDIC Deposit Insurance works please see: https://www.fdic.gov/resources/deposit-insurance.

Questions about the process should be directed to: CustomerService@summitnb.com or contact your local branch manager.

We appreciate your loyalty and are excited to continue to serve the needs of our customers in Hulett, Wyoming, Ekalaka, Montana and Salmon, Idaho.

John Miller, President

---

PO Box 98, 133 Main Street, Hulett, Wyoming 82720

**Customer Q&A: Mode Eleven Bancorp Bankruptcy & What It Means for You**

**Q1: Is Summit National Bank shutting down?**
**A:** No. Summit National Bank remains open, fully operational, and financially stable. Our business continues without interruption. The bankruptcy filing involves our parent company, Mode Eleven and does **not** affect Summit National Bank 's ability to serve you.

---

**Q2: Will this affect my account, loan, deposit, or service with Summit National Bank?**
**A:** No. There are no changes to your account, loan, deposits, or any services you receive. All operations continue as normal, and our commitments to you remain unchanged.

---

**Q3: Will my services be interrupted?**
**A:** Not at all. There is no impact to your daily experience with us. Business continues as usual and we remain committed to delivering the service, products, and support you expect from Summit National Bank.

---

**Q4: Are you still open to new clients and new business?**
**A:** Yes. Summit National Bank remains open to new business, is actively serving new and existing clients, and continues to grow in key areas.

---

**Q5: Who can I contact if I have further questions?**
**A:** Our team is here to help. If you have questions or need additional support, please contact CustomerService@summitnb.com

---

**Q6: Why are you telling us this?**
**A:** We value your trust and believe in transparency. While this situation involves our parent company, we want to be proactive in addressing questions and reinforcing that our commitment to service your banking needs has not changed.