Abigail V. O'Brient (*admitted pro hac vice*)
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4826
Email: aobrient@cov.com

Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams Young &
Hunsicker LLC 2120 Carey Avenue,
Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@MarkusWilliams.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
MODE ELEVEN BANCORP

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| MODE ELEVEN BANCORP, | ) |
| | ) Case No. 25-20240 |
| | ) |
| Debtor in Possession | ) |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3007-1 OF OPPORTUNITY TO OBJECT TO DEBTOR'S OBJECTION TO CLAIM NO. 4 FILED BY NEXO INC.**

**TO CREDITOR NEXO INC.:**

**NOTICE IS HEREBY GIVEN** that on November 5, 2025, Mode Eleven Bancorp

(the "Debtor") filed its *Objection to Claim No. 4 Filed by Nexo Inc. and Notice of Opportunity to Object* [Dkt. 211] (the "Objection") wherein the Debtor seeks the entry of an order disallowing Claim No. 4 (the "SRA Claim") filed by Nexo Inc. ("Nexo") and granting such other and further relief as the Court deems proper and just. A copy of the Objection is attached hereto.

**YOU ARE FURTHER NOTIFIED** that if you desire to oppose this action, you must file with the Court and serve on the undersigned and the United States Trustee in this case, a written objection to the requested relief on or before **December 8, 2025**. In the absence of a timely objection, the relief sought may be granted by the Court without further hearing. If you file a written response, the Court will set the matter for, and provide notice of, a hearing.

Dated: November 5, 2025

COVINGTON & BURLING LLP

By: /s/ *Abigail V. O'Brient*

Abigail V. O'Brient (admitted *pro hac vice)*
Covington & Burling LLP
1999 Avenue of the Stars,
Los Angeles, CA 90067-4643
Telephone: 424-332-4846
Email: aobrient@cov.com

MARKUS WILLIAMS YOUNG &
HUNSICKER LLC

By: /s/ *Bradley T. Hunsicker*

Bradley T. Hunsicker (WY Bar No 7-4579)
Markus Williams Young & Hunsicker LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178

Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com

*Counsel for Debtor and Debtor-in-Possession*
*Mode Eleven Bancorp*