Abigail V. O'Brient (admitted *pro hac vice*)
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4826
aobrient@cov.com

Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
bhunsicker@MarkusWilliams.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
MODE ELEVEN BANCORP

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) |
| MODE ELEVEN BANCORP, | ) Chapter 11 |
| | ) |
| | ) |
| | ) Case No. 25-20240 |
| Debtor in Possession. | ) |

## AGREED MOTION FOR ENTRY OF AN ORDER CONTINUING
## CONFIRMATION HEARING AND GRANTING RELATED RELIEF

Debtor Mode Eleven Bancorp (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case, by and through its undersigned counsel, hereby submits this agreed motion to continue the confirmation hearing set on *Debtor's Amended Subchapter V Plan of Liquidation* [Doc. 174] (the "Amended Plan"), and in support hereof, states as follows:

1. Nexo, Inc. ("Nexo") and the United States Trustee (the "Objecting Parties") both filed objections to the Amended Plan. [Doc. 196, 219]. The Court-approved settlement between Nexo and the Debtor provides for withdrawal of Nexo's objection. [Doc. 237-1, 267].

2. The Court previously continued the hearing on confirmation of the Amended Plan (the "Confirmation Hearing") to December 8, 2025 [Doc. 208] and, on agreed motion of the Debtor and Objecting Parties, further continued the Confirmation Hearing to January 15, 2026 [Doc. 226], then to March 19, 2026 [Doc. 264].

3. On March 3, 2026, the Court entered the *Order (A) Approving the Share Purchase Agreement and Authorizing the Sale of Substantially All of the Debtor's Assets; (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Rights, Encumbrances and Other Interests; and (C) Granting Related Relief* [Doc. 300], which authorizes the sale of substantially all assets of the Debtor to Marek E. Forysiak, or, in the event Mr. Forysiak fails to consummate the purchase, to Greg Jacobson. The outside closing date under the share purchase agreement between Mr. Forysiak and the Debtor is May 20, 2026 (subject to extension by the Debtor to June 17, 2026). [Doc. 288-1, § 6.5(a)]. The outside closing date under the share purchase agreement between Mr. Jacobson and the Debtor is May 31, 2026 (subject to extension by the Debtor to June 30, 3026). [Doc. 288-3, § 6.5(a)].

4. Following the closing of the sale, the Debtor anticipates filing a further amended plan, which may resolve, in whole or in part, the objections. As a result, the Debtor believes it is in all parties' interests if the Confirmation Hearing is continued for

one hundred and twenty (120) days, or the next available date thereafter as is convenient for the Court and the parties, with exhibit and witness lists due seven (7) days prior to the rescheduled Confirmation Hearing.

5. Counsel for the Objecting Parties have consented to the relief requested herein.

WHEREFORE, Debtor respectfully requests the Court continue the Confirmation Hearing for a period of one hundred and twenty (120) days, or the next available date thereafter, with exhibit and witness lists due seven (7) days prior to the rescheduled Confirmation Hearing.

Dated: March 16, 2026            Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ *Abigail V. O'Brient*
Abigail V. O'Brient
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4826
Email: aobrient@cov.com

MARKUS WILLIAMS LLC

By: /s/ *Bradley T. Hunsicker*
Bradley T. Hunsicker (WY Bar No 7-4579) 2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 303-830-0809
Email: bhunsicker@markuswilliams.com

*Counsel for the Debtor and Debtor-in-Possession Mode Eleven Bancorp*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and a proposed order, was filed and served this 16th day of March, 2026, upon those registered for notice via CM/ECF.

*/s/ Abigail V. O'Brient*
Abigail V. O'Brient