Abigail V. O'Brient (*admitted pro hac vice*)
Covington & Burling LLP
1999 Avenue of the Stars,
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4846
Email: aobrient@cov.com

Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
MODE ELEVEN BANCORP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MODE ELEVEN BANCORP, | ) | |
| | ) | Case No. 25-20240 |
| | ) | |
| Debtor in Possession | ) | |

---

**SUPPLEMENT TO MOTION FOR ORDER AUTHORIZING THE EMPLOYMENT AND PAYMENT OF CERTAIN ORDINARY COURSE PROFESSIONALS**

---

Pursuant to Paragraph 6 of the *Order Authorizing the Employment and Payment of Certain Ordinary Course Professionals* (Dkt. 74), Debtor and Debtor-in-Possession Mode Eleven Bancorp (the "Debtor") hereby files this Supplement to the *Motion for Order*

*Authorizing the Employment and Payment of Certain Ordinary Course Professionals* (Dkt. 5) (the "Motion") to identify an Additional Ordinary Course Professional to be employed by the Debtor.[1]

Dated: August 28, 2026

Respectfully submitted,

COVINGTON & BURLING LLP

By: /s/ *Abigail V. O'Brient*

Abigail V. O'Brient (*admitted pro hac vice)*
Covington & Burling LLP
1999 Avenue of the Stars,
Los Angeles, CA 90067-4643
Telephone: 424-332-4846
Email: aobrient@cov.com

MARKUS WILLIAMS LLC

By: /s/ *Bradley T. Hunsicker*

Bradley T. Hunsicker (WY Bar No 7-4579)
Markus Williams r LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com

Counsel for the Debtor and Debtor in Possession

[1] Capitalized terms used in this Supplement but not otherwise defined herein shall have the meanings ascribed to them in the Motion.