# Exhibit A

## Additional Ordinary Course Professionals

| **Professional** | **Type of Service Provided** | **Fee** |
|---|---|---|
| The NBS Group, LLC | Income tax preparation | $5,000.00 fee for preparation of federal and up to two state returns |