Abigail V. O'Brient (*admitted pro hac vice*)
Covington & Burling LLP
1999 Avenue of the Stars,
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4846
Email: aobrient@cov.com

Bradley T. Hunsicker (Wyoming Bar No. 7-4579)
Markus Williams LLC
2120 Carey Avenue, Suite 101
Cheyenne, WY 82001
Telephone: 307-778-8178
Facsimile: 307-638-1975
Email: bhunsicker@markuswilliams.com

COUNSEL FOR DEBTOR
AND DEBTOR IN POSSESSION
MODE ELEVEN BANCORP

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| MODE ELEVEN BANCORP, | ) | |
| | ) | Case No. 25-20240 |
| | ) | |
| Debtor in Possession | ) | |

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on August 28, 2026, I served a complete copy of the documents described as: *Supplement to Motion for Order Authorizing the Employment and Payment of Certain Ordinary Course Professionals* via NEF upon those registered for notice via CM/ECF as indicated below.

**Via NEF**

Keith Miles Aurzada on behalf of Interested Party Victor Remsha
Kaurzada@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Lacey Bryan on behalf of Debtor Mode Eleven Bancorp
lbryan@markuswilliams.com,
Docket@markuswilliams.com;janderson@markuswilliams.com;sschaefer@markuswilliams.com

Aaron J Conrardy on behalf of Creditor Nexo Inc.
aconrardy@wgwc-law.com, sschillereff@wgwc-law.com,3377058420@filings.docketbird.com;dtackett@wgwc-law.com

Gregory C Dyekman on behalf of Creditor Forrest Gilman
gdyekman@lrw-law.com, GCDWyo@aol.com;mperkins@lrw-law.com;slancop@lrw-law.com

Blair Beavers Evans on behalf of Creditor Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
bevans@bakerdonelson.com, mkane@bakerdonelson.com

Paul R. Genender on behalf of Interested Party Arjun Sethi
paulgenender@paulhastings.com

Bradley T Hunsicker on behalf of Debtor Mode Eleven Bancorp
bhunsicker@markuswilliams.com,
sschaefer@markuswilliams.com;docket@markuswilliams.com;5358896420@filings.docketbird.com

Paul Arthur Jordan Trustee
paul@np3llc.com, ecf.alert+JordanWY@titlexi.com

Daniel J. Morse on behalf of U.S. Trustee US Trustee
daniel.j.morse@usdoj.gov

Robert Nussbaum on behalf of Interested Party Arjun Sethi
robertnussbaum@paulhastings.com

Abigail V. O'Brient on behalf of Debtor Mode Eleven Bancorp
AOBrient@cov.com, docketing@cov.com

Rachel A Sternlieb on behalf of Interested Party Marek Forysiak
rachel.sternlieb@nelsonmullins.com,
ashlynn.harrison@nelsonmullins.com;nick.mangels@nelsonmullins.com

US Trustee
USTPRegion19.cy.ecf@usdoj.gov

Dated: August 28, 2026

By:______________________________

Maria Gelabert
Legal Administrative Assistant
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: 424-332-4800